UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE

Docket # _____

2004 OCT 14  P 1:17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Eric Souvannakane, <br><br> Plaintiff <br><br> v. <br><br> Sears Roebuck & Co., William Sullivan, Richard Spellman, Barbara Tagliarino, Kevin Sullivan, Alicia Coviello, Gary Mansfield, <br><br> Defendants | **MOTION TO APPEAR PRO HAC VICE** <br><br> FILING FEE PAID: <br> RECEIPT <br> AMOUNT <br> BY <br> DATE |

NOW COMES the Plaintiff, Eric Souvannakane, by and through his attorney, and states as follows:

1. Plaintiff requests that Attorney Kurt S. Olson represent him in this proceeding.

2. Plaintiff states that Attorney Olson is a duly licensed attorney in the Commonwealth of Massachusetts and in the State of New Hampshire.

3. Plaintiff states that Attorney Olson was formerly admitted to this Court; today he has filed a re-registration form to renew his admission to the federal District Court for the District of Massachusetts.

4. Attorney Andrew M. Gradzewicz, a member of good standing of this Court, has signed the complaint in this case and requests that this Court grant this motion.

NOW WHEREFORE Eric Souvannakane, plaintiff, requests this Honorable Court to:

Allow Attorney Kurt S. Olson to represent him in this proceeding.

Respectfully submitted,
Eric Souvannakane
By and through his attorney

Dated: October 14, 2004

_____
Andrew M. Gradzewicz, Esq.
114 Newton St.
Lawrence, Ma. 01843
Tel.: (978) 683-1050
BBO #: 206220

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each defendant by mail on October 14, 2004. At this time, plaintiff does not know the attorneys of record for the defendants. The defendants are listed below.

Dated: October 14, 2004

_____
Andrew M. Gradzewicz, Esq.
114 Newton St.
Lawrence, Ma. 01843
Tel.: (978) 683-1050
BBO #: 206220

Sears Roebuck & Co.
Hoffman Estates, Illinois 60179

Sears Roebuck & Co.
1325 Broadway St.
Saugus, Ma. 01960

William Sullivan
c/o Sears Roebuck & Co.
South Shore Plaza
250 Granite St.
Braintree, Ma. 02184

Richard Spellman
c/o Sears Roebuck & Co.
South Shore Plaza
250 Granite St.

Alicia Coviello
168 Water St.
Saugus, Ma. 01906

Gary Mansfield
c/o Saugus Police Department
27 Hamilton St.
Saugus, Ma. 01906

Braintree, Ma. 02184

Barbara Tagliarino
c/o Sears Roebuck & Co.
1325 Broadway ST.
Saugus, Ma. 01906

Kevin Sullivan
c/o Sears Roebuck & Co.
1325 Broadway ST.
Saugus, Ma. 01906

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket #_____

| | |
|---|---|
| Eric Souvannakane,<br><br>               Plaintiff<br><br>v.<br><br>Sears Roebuck & Co., William Sullivan,<br>Richard Spellman, Barbara Tagliarino, Kevin<br>Sullivan, Alicia Coviello, Gary Mansfield,<br><br>               Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) **CERTIFICATION OF ATTORNEY**<br>) **SEEKING TO APPEAR *PRO HAC VICE***<br>)<br>)<br>)<br>)<br>) |

      Now comes Attorney Kurt S. Olson who certifies the following:

1. Attorney Olson is a member of the bars of the Supreme Judicial Court of the Commonwealth of Massachusetts and the New Hampshire Supreme Court. He is in a member in good standing in both of these bars.

2. No disciplinary proceedings are pending against Attorney Olson in either Massachusetts or New Hampshire or in any other jurisdiction.

3. Attorney Olson is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                                                      Respectfully submitted,

                                                      Kurt S. Olson, Esq.
                                                      500 Federal St.
                                                      Andover, Ma. 01810
                                                      978-681-0800
                                                      BBO #: 632300
                                                      N.H. Bar #: 12518