AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

CLERK'S OFFICE

SOUVANNAKANE v. SEARS ROEBUCK
+ CO. ET al.

SUMMONS IN A CIVIL ACTION

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

## 04  12164 MLW

TO: (Name and address of Defendant)

GARY MANSFIELD
SAUGUS POLICE DEPT.
27 HAMILTON ST.
SAUGUS, MA 01906

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KURT OLSON
500 FEDERAL ST.
ANDOVER, MA
01810

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    4 2004

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE *November 16, 2004 (8:05 pm)* |
|---|---|

| NAME OF SERVER *(PRINT)* *John A. Baldi* | TITLE *Paralegal* |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *In hand at the Saugus, Ma. police Station at 8:05 p.m.*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES *$45.00* | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Nov. 16, 2004*
_____
Date

*N. A. Baldi*
_____
Signature of Server

*19 Ledge St. Melrose, Ma. 02176*
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.