# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

SOUVANNA KANE

v.

SEARS ROEBUCK + CO.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 12164 MLW

TO: (Name and address of Defendant)

ALICIA COVIELLO
168 WATER ST.
SAUGUS, MA 01906

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KURT OLSON
500 FEDERAL ST.
ANDOVER, MA 01810

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

OCT 14 2004
DATE

(By) DEPUTY CLERK

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

December 17, 2004

I hereby certify and return that on 12/16/2004 at 02:30 pm I served a true and attested copy of the summons in civil action, civil complaint and jury demand in this action in the following manner: To wit, by leaving at the last and usual place of abode of Alicia Coviello, 168 Water Street, Saugus, MA and by mailing 1st class to the above address on 12/17/2004. Basic Service Fee ($20.00), Conveyance ($3.00), Travel ($6.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $42.40

Deputy Sheriff Kenneth Feeney                    /s/ Signature
                                                 Deputy Sheriff