UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC SOUVANNAKANE,<br>     Plaintiff<br><br>v.<br><br>SEARS, ROEBUCK & CO., WILLIAM<br>SULLIVAN, RICHARD SPELLMAN,<br>BARBARA TAGLIARINO, KEVIN SULLIVAN,<br>ALICIA COVIELLO, GARY MANSFIELD<br>     Defendants | Civil Action No. 0412164MLW |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance on behalf of the Defendants, Sears, Roebuck and Co.,

William Sullivan, Richard Spellman, Barbara Tagliarino, Alicia Coviello and Kevin

Sullivan, in the above-captioned matter.

Defendants,
Sears, Roebuck and Co., William Sullivan,
Richard Spellman, Barbara Tagliarino,
Alicia Coviello, and Kevin Sullivan
By their Attorneys,


_/s/ Christine M. Netski_____
Christine M. Netski, (BBO No. 546936)
Liza J. Tran (BBO No. 646818)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

358027