UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC SOUVANNAKANE,<br>    Plaintiff<br><br>v.<br><br>SEARS, ROEBUCK & CO., WILLIAM<br>SULLIVAN, RICHARD SPELLMAN,<br>BARBARA TAGLIARINO, KEVIN SULLIVAN,<br>ALICIA COVIELLO, GARY MANSFIELD<br>    Defendants | Civil Action No. 0412164MLW |

### ASSENTED TO MOTION OF DEFENDANTS SEARS, ROEBUCK AND CO., WILLIAM SULLIVAN, RICHARD SPELLMAN, BARBARA TAGLIARINO, ALICIA COVIELLO AND KEVIN SULLIVAN FOR LEAVE TO FILE A REPLY BRIEF

Pursuant to Local Rule 7.1(B)(3), the defendants Sears, Roebuck and Co., William Sullivan, Richard Spellman, Barbara Tagliarino, Alicia Coviello and Kevin Sullivan hereby respectfully request leave to file a reply brief in support their Rule 12(b)(6) Motions to Dismiss. As grounds for this motion, the defendants state that a reply will further elucidate the issues and applicable legal standards underlying the defendants' motions. The reply will be filed by January 12, 2005.

### RULE 7.1 CERTIFICATION

The underlying counsel hereby certifies that counsel for the parties have conferred and counsel for the plaintiff and the co-defendant, Gary Mansfield, have assented to this motion.

        SEARS, ROEBUCK AND CO., WILLIAM SULLIVAN, RICHARD SPELLMAN, BARBARA TAGLIARINO, ALICIA COVIELLO and KEVIN SULLIVAN
By their Attorneys,


 /s/ Christine M. Netski
Christine M. Netski, (BBO No. 546936)
Liza J. Tran (BBO No. 646818)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

DATED:   January 5, 2005

ASSENTED TO:

| Plaintiff, | Defendant, Gary Mansfield, |
| By his attorneys, | By his attorneys, |

| Kurt S. Olson (BBO No. 632300) | John J. Cloherty, III (BBO No. 566522) |
| 500 Federal Street | Pierce, Davis & Perritano, LLP |
| Andover, MA  01810 | Ten Winthrop Square |
| (978) 681-0800 | Boston, MA 02110 |
|  | (617) 350-0950 |

#358012