discrimination where it did not allege that any individual with decision-making authority harbored animosity toward the plaintiff because of her religion; *Shorette v. Rite Aid of Maine, Inc.*, 155 F.3d 8, 13 (1st Cir. 1998) (motivations or remarks of those who lack hiring and firing authority over the plaintiff cannot from the basis for an employment discrimination claim absent a hostile work environment claim).

## CONCLUSION

For these reasons, as well as the reasons set forth in the Memorandum of the Sears Defendants in Support of their Motion to Dismiss, the Sears Defendants respectfully request the Court to allow their motion to dismiss and to dismiss the plaintiff's claims with prejudice.

    Defendants,
    Sears, Roebuck and Co., William Sullivan, Richard
    Spellman, Barbara Tagliarino, Alicia Coviello, and
    Kevin Sullivan
    By their Attorneys,

    /s/ Liza J. Tran
    Christine M. Netski, (BBO No. 546936)
    Liza J. Tran (BBO No. 646818)
    Sugarman, Rogers, Barshak & Cohen, P.C.
    101 Merrimac Street, 9th Floor
    Boston, MA 02114
    (617) 227-3030

DATED:    January 11, 2005

358255