UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  0412164 MLW

| | |
|---|---|
| ERIC SOUVANNAKANE,<br>　　　Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| SEARS ROEBUCK & CO., WILLIAM SULLIVAN<br>RICHARD SPELLMAN, BARBARA TAGLIARINO,<br>KEVIN SULLIVAN, ALICIA COVIELLO,<br>GARY MANSFIELD,<br>　　　Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF CLIENT CONSULTATION
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Defendant, GARY MANSFIELD, hereby certifies that he has conferred with the Defendant or the Defendant's authorized representative regarding:  (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,
The Defendant,
GARY MANSFIELD,
By his attorneys,

PIERCE, DAVIS & PERRITANO, LLP

John J. Cloherty III, BBO # 566522
Ten Winthrop Square
Boston, MA  02110
(617) 350-0950

Gary Mansfield