UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC SOUVANNAKANE,<br>        Plaintiff<br><br>v.<br><br>SEARS, ROEBUCK & CO., WILLIAM SULLIVAN, RICHARD SPELLMAN, BARBARA TAGLIARINO, KEVIN SULLIVAN, ALICIA COVIELLO, GARY MANSFIELD<br>        Defendants | Civil Action No. 0412164MLW |

## LOCAL RULE 16.1(D)(3) CERTIFICATE OF DEFENDANT, SEARS, ROEBUCK AND CO.

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that the defendant, Sears, Roebuck and Co., and its counsel have conferred: (i) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution.

                                Defendant, Sears, Roebuck and Co.
                                By its authorized representative


                    BY:    /s/ Malory Burns_____
                                Malory Burns
                                Senior Counsel
                                Law Department
                                Sears, Roebuck and Co.
                                3333 Beverly Road, B6-378B
                                Hoffman Estates, IL 60179
                                (847) 286-4502

       Defendant, Sears, Roebuck and Co.
       By its Attorneys,

BY:   /s/ Liza J. Tran
       Christine M. Netski – BBO No. 546936
       Liza J. Tran – BBO No. 646818
       Sugarman, Rogers, Barshak & Cohen, P.C.
       101 Merrimac Street, 9th Floor
       Boston, MA 02114
       (617) 227-3030

DATED:    September 12, 2005

366690