UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Eric Souvannakane, <br><br>              Plaintiff <br><br><br><br>Sears, Roebuck & Co., William Sullivan, <br>Richard Spellman, Barbara Tagliarino, Kevin <br>Sullivan, Alicia Coviello, & Gary Mansfield <br><br>              Defendants | ) <br>) <br>) <br>) <br>) <br>) Civil Action No. 04-12164-MLW <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

**LOCAL RULE 16.1(D)(3) CERTIFICATE OF PLAINTIFF,
ERIC SOUVANNAKANE**

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certifies that the plaintiff, Eric Souvannakane, and his counsel have conferred: (i) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution.

                                        Plaintiff, Eric Souvannakane
                                        By his attorney,

                                        _____
                                        Kurt S. Olson
                                        500 Federal St.
                                        Andover, Ma. 01810
                                        978-681-0800

DATED: September 14, 2005