UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12164

| Eric Souvannakane | Sears Roebuck & Co. et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Kurt Olson | Liza Tran |
| | Christine Netski |
| | John Cloherty |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 9/29/05 | Court listens to oral arguments on the defendants' motion to dismiss (docket nos 9 & 15). Court allows in part and denies in part the motions. Court establishes a schedule for the remainder of the case. Scheduling order to issue. |