UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC SOUVANNAKANE,<br>        Plaintiff<br><br>v.<br><br>SEARS, ROEBUCK & CO., WILLIAM SULLIVAN, RICHARD SPELLMAN, BARBARA TAGLIARINO, KEVIN SULLIVAN, ALICIA COVIELLO, GARY MANSFIELD<br>        Defendants | Civil Action No. 0412164MLW |

## JOINT NOTICE OF SETTLEMENT CONFERENCE

Pursuant to the requirements of the Scheduling Order issued by this Court on September 30, 2005, counsel for the parties in the above-captioned matter met in person on Tuesday, November 14, 2006 to explore the possibility of settlement. At this time, the parties are unable to resolve this matter and intend to continue with discovery. The parties currently do not wish to participate in mediation of this suit.

                    Defendants,
                    Sears, Roebuck and Co., William Sullivan,
                    Richard Spellman, Barbara Tagliarino,
                    Alicia Coviello, and Kevin Sullivan
                    By their Attorneys,


                    ___/s/ Liza J. Tran_____
                    Christine M. Netski, (BBO No. 546936)
                    Liza J. Tran (BBO No. 646818)
                    Sugarman, Rogers, Barshak & Cohen, P.C.
                    101 Merrimac Street, 9th Floor
                    Boston, MA 02114
                    (617) 227-3030

        Defendant,
        Gary Mansfield
        By his Attorneys,


        ___/s/ John J. Cloherty, III_____
        John J. Cloherty, III (BBO No. 566522)
        Ten Winthrop Square
        Boston, MA 02110
        (617) 350-0950


        Plaintiff,
        Eric Souvannakane
        By his Attornes,


        ___/s/ Kurt S. Olson_____
        Kurt S. Olson (BBO No. 632300)
        500 Federal Street
        Andover, MA 01810
DATED:  February 15, 2006        (978) 681-0800

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2006, I electronically filed this Joint Notice of Settlement Conference with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John J. Cloherty, III, Esquire | Kurt S. Olson, Esquire |
| Ten Winthrop Square | 500 Federal Street |
| Boston, MA 02110 | Andover, MA 01810 |

        /s/ Liza J. Tran _____
        Liza J. Tran, Esquire
        Christine M. Netski, Esquire
        Sugarman, Rogers, Barshak & Cohen, P.C.
        101 Merrimac Street
        Boston, MA  02114-7437
        (617) 227-3030

#373732