UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC SOUVANNAKANE,<br>    Plaintiff<br><br>v.<br><br>SEARS, ROEBUCK & CO., WILLIAM SULLIVAN, RICHARD SPELLMAN, BARBARA TAGLIARINO, KEVIN SULLIVAN, ALICIA COVIELLO, GARY MANSFIELD<br>    Defendants | Civil Action No. 0412164MLW |

## AMENDED JOINT NOTICE OF SETTLEMENT CONFERENCE

Pursuant to the requirements of the Scheduling Order issued by this Court on September 30, 2005, counsel for the parties in the above-captioned matter met in person on Tuesday, February 14, 2006 to explore the possibility of settlement. At this time, the parties are unable to resolve this matter and intend to continue with discovery. The parties currently do not wish to participate in mediation of this suit.

                                                Defendants,
                                                Sears, Roebuck and Co., William Sullivan,
                                                Richard Spellman, Barbara Tagliarino,
                                                Alicia Coviello, and Kevin Sullivan
                                                By their Attorneys,


                                                ___/s/ Liza J. Tran_____
                                                Christine M. Netski, (BBO No. 546936)
                                                Liza J. Tran (BBO No. 646818)
                                                Sugarman, Rogers, Barshak & Cohen, P.C.
                                                101 Merrimac Street, 9th Floor
                                                Boston, MA 02114
                                                (617) 227-3030

                                        Defendant,
                                        Gary Mansfield
                                        By his Attorneys,

                                        ___/s/ John J. Cloherty, III_____
                                        John J. Cloherty, III (BBO No. 566522)
                                        Ten Winthrop Square
                                        Boston, MA 02110
                                        (617) 350-0950


                                        Plaintiff,
                                        Eric Souvannakane
                                        By his Attornes,


                                        ___/s/ Kurt S. Olson_____
                                        Kurt S. Olson (BBO No. 632300)
                                        500 Federal Street
                                        Andover, MA 01810
DATED:  February 17, 2006            (978) 681-0800

## CERTIFICATE OF SERVICE

       I hereby certify that on February 17, 2006, I electronically filed this Amended Joint Notice of Settlement Conference with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John J. Cloherty, III, Esquire | Kurt S. Olson, Esquire |
| Ten Winthrop Square | 500 Federal Street |
| Boston, MA 02110 | Andover, MA 01810 |

                                        /s/ Liza J. Tran_____
                                        Liza J. Tran, Esquire
                                        Christine M. Netski, Esquire
                                        Sugarman, Rogers, Barshak & Cohen, P.C.
                                        101 Merrimac Street
                                        Boston, MA  02114-7437
                                        (617) 227-3030

#373940