UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ERIC SOUVANNAKANE,
          Plaintiff

v.

SEARS, ROEBUCK & CO., WILLIAM          Civil Action No. 0412164MLW
SULLIVAN, RICHARD SPELLMAN,
BARBARA TAGLIARINO, KEVIN SULLIVAN,
ALICIA COVIELLO, GARY MANSFIELD
          Defendants

**ASSENTED-TO MOTION OF DEFENDANTS SEARS, ROEBUCK AND CO.,
WILLIAM SULLIVAN, RICHARD SPELLMAN, BARBARA TAGLIARINO,
KEVIN SULLIVAN AND ALICIA COVIELLO
FOR LEAVE TO FILE ANSWER LATE**

Defendants Sears, Roebuck and Co. ("Sears"), William Sullivan, Richard

Spellman, Barbara Tagliarino, Kevin Sullivan and Alicia Coviello (collectively the

"Sears Defendants") hereby move, with the assent of both the plaintiff and co-defendant,

that this Court grant them leave to file their answer to the plaintiff's Complaint late.  In

support of this motion, the Sears Defendants state as follows:

The plaintiff filed his Complaint on October 14, 2004.  Officer Mansfield, co-

defendant to the Sears Defendants and represented by separate counsel, filed his answer

to the plaintiff's Complaint on December 31, 2004.  In lieu of an answer, the Sears

Defendants timely filed a motion to dismiss the plaintiff's Complaint in its entirety on

December 13, 2004, to which the plaintiff filed an opposition on December 27, 2004.

The Court held a hearing on the Sears Defendants' motion to dismiss on September 29,

2005, at which time Judge Wolf allowed the motion in part, and denied it in part.  At the

conclusion of the hearing, Judge Wolf held a Scheduling Conference and issued a

Scheduling Order.  To date, all parties have adhered to the terms of the Scheduling Order.

Counsel for the Sears Defendants recently realized that, through inadvertence,

they had not yet filed an answer to the plaintiff's Complaint.  The Sears Defendants now

respectfully request that this Court allow their motion, allowance of the motion will not

result in prejudice to any party, and allowance of the motion will not affect or delay any

of the deadlines set forth in the Court's Scheduling Order.

WHEREFORE the Sears Defendants respectfully request that this Court grant

them leave to file their answer to the plaintiff's Complaint, which is submitted with this

motion.

<div style="margin-left:50%">

Defendants,
Sears, Roebuck and Co., William Sullivan,
Richard Spellman, Barbara Tagliarino,
Alicia Coviello, and Kevin Sullivan
By their Attorneys,


___/s/ Liza J. Tran_____
Christine M. Netski, (BBO No. 546936)
Liza J. Tran (BBO No. 646818)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030


Defendant,
Gary Mansfield
By his Attorneys,


___/s/ John J. Cloherty, III_____
John J. Cloherty, III (BBO No. 566522)
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

</div>

Plaintiff,
Eric Souvannakane
By his Attorneys,


_____/s/ Kurt S. Olson_____
Kurt S. Olson (BBO No. 632300)
500 Federal Street
Andover, MA 01810
(978) 681-0800

DATED:  May 16, 2006


CERTIFICATE OF SERVICE


       I hereby certify that on May 16, 2006, I electronically filed this Amended Joint Notice of Settlement Conference with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John J. Cloherty, III, Esquire | Kurt S. Olson, Esquire |
| Ten Winthrop Square | 500 Federal Street |
| Boston, MA 02110 | Andover, MA 01810 |



/s/ Liza J. Tran_____
Liza J. Tran


#377305

3