UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC SOUVANNAKANE,<br>　　　Plaintiff<br><br>v.<br><br>SEARS, ROEBUCK AND CO., WILLIAM SULLIVAN, RICHARD SPELLMAN, BARBARA TAGLIARINO, KEVIN SULLIVAN, ALICIA COVIELLO, AND GARY MANSFIELD<br>　　　Defendants | Civil Action No. 0412164MLW |

## JOINT NOTICE OF SETTLEMENT CONFERENCE

Pursuant to the requirements of the Scheduling Order issued by this Court on September 30, 2005, counsel for the parties in this matter conferred by telephone on Monday, November 13, 2006, to discuss the prospects for settlement and whether any parties believe there is a proper basis for filing a motion for summary judgment. At this time, the parties are unable to resolve this matter and all of the defendants intend to file motions for summary judgment.

　　　　　　　　　　　　　　　　　　Defendants,
　　　　　　　　　　　　　　　　　　Sears, Roebuck and Co., William Sullivan,
　　　　　　　　　　　　　　　　　　Richard Spellman, Barbara Tagliarino,
　　　　　　　　　　　　　　　　　　Alicia Coviello, and Kevin Sullivan
　　　　　　　　　　　　　　　　　　By their Attorneys,


　　　　　　　　　　　　　　　　　　/s/ Christine M. Netski_____
　　　　　　　　　　　　　　　　　　Christine M. Netski, (BBO No. 546936)
　　　　　　　　　　　　　　　　　　Liza J. Tran (BBO No. 646818)
　　　　　　　　　　　　　　　　　　Sugarman, Rogers, Barshak & Cohen, P.C.
　　　　　　　　　　　　　　　　　　101 Merrimac Street, 9th Floor
　　　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　　　(617) 227-3030

|  |  |
|---|---|
|  | Defendant,<br>Gary Mansfield<br>By his Attorneys, |
|  | /s/ John J. Cloherty, III_____<br>John J. Cloherty, III (BBO No. 566522)<br>Ten Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 |
|  | Plaintiff,<br>Eric Souvannakane<br>By his Attornes, |
| DATED: November 13, 2006 | /s/ Kurt S. Olson_____<br>Kurt S. Olson (BBO No. 632300)<br>500 Federal Street<br>Andover, MA 01810<br>(978) 681-0800 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2006, I electronically filed this Joint Notice of Settlement Conference with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John J. Cloherty, III, Esquire          Kurt S. Olson, Esquire
Ten Winthrop Square                     500 Federal Street
Boston, MA 02110                        Andover, MA 01810

                                        /s/ Christine M. Netski_____
                                        Christine M. Netski, Esquire
                                        netski@srbc.com

#384462