UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0412164 MLW

| | |
|---|---|
| ERIC SOUVANNAKANE,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| SEARS ROEBUCK & CO., WILLIAM SULLIVAN<br>RICHARD SPELLMAN, BARBARA TAGLIARINO,<br>KEVIN SULLIVAN, ALICIA COVIELLO,<br>GARY MANSFIELD,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT GARY MANSFIELD'S L.R. 7.1 CERTIFICATION

Pursuant to D. Mass. Local R. 7.1(A)(2), the undersigned counsel for the Defendant hereby certifies that I have attempted in good faith to confer with the plaintiff's counsel, in open court and during mandatory settlement conferences, concerning the filing of Defendant's Motion For Summary Judgment, in an effort to resolve or narrow the issues.

Respectfully submitted,

The Defendant,
GARY MANSFIELD
By its Attorneys,
PIERCE, DAVIS & PERRITANO, LLP

_____
John J. Cloherty III, BBO # 566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by electronic mail.

1/5/07
Date