EXHIBIT 4

### Page 1

```
                         VOL. I
                       Pp. 1 - 117
                      Exhibits 1 - 1

             UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS

                 C.A. NO.: 0412164MLW

      * * * * * * * * * * * * * * *

ERIC SOUVANNAKANE,

        Plaintiff

VS.

SEARS ROEBUCK & COMPANY, WILLIAM
SULLIVAN, RICHARD SPELLMAN,
BARBARA TAGLIARINO, KEVIN
SULLIVAN, ALICIA COVIELLO, GARY
MANSFIELD,

        Defendants

      * * * * * * * * * * * * * * *
```

    Deposition of JOHN W. BALDI, a witness called by counsel for the Defendants, Gary Mansfield, pursuant to the applicable rules, before Lorreen Hollingsworth, CSR/RPR, CSR NO. 114793, and Notary Public in and for the Commonwealth of Massachusetts, at the Law Offices of Pierce, Davis & Perritano, LLP, Ten Winthrop Square, Boston, Massachusetts, on Tuesday, April 18, 2006, at 10:15 a.m.

### Page 2

APPEARANCES:

KURT S. OLSON, ESQUIRE
500 Federal Street
Andover, Massachusetts 01810
(978) 681-0800
On behalf of the Plaintiff

JOHN J. CLOHERTY, III, ESQUIRE
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, Massachusetts 02110
(617) 350-0950
On behalf of the Defendant,
Gary Mansfield

LIZA J. TRAN, ESQUIRE
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, Massachusetts 02114
(617) 227-3030
On behalf of the Defendants,
Sears Roebuck & Company, William Sullivan, Richard
Spellman, Barbara Tagliarino, Kevin Sullivan, and
Alicia Coviello

Also Present:

John A. Baldi,
Father of Deponent

### Page 3

                    I N D E X

Deposition of:           DIRECT         CROSS

JOHN W. BALDI

(by Mr. Cloherty)           4

(by Ms. Tran)                              85

(by Mr. Olson)                            110


                   E X H I B I T S

No.                                       For Ident.

 1   The statement dated 10/17/03              70


       Exhibits retained by Attorney Cloherty

### Page 4

STIPULATIONS

It is hereby stipulated and agreed by and between counsel for the respective parties that the deposition will be read and signed by the witness, under the pains and penalties of perjury, and that the sealing, filing, and notarization of the deposition are waived.

It is further stipulated and agreed that all objections, except as to form, and motions to strike are reserved until the time of trial.

JOHN BALDI,
a witness called on behalf of the Defendant, Gary Mansfield, having first been duly sworn, deposes and says as follows:

DIRECT EXAMINATION
BY MR. CLOHERTY

Q  Good morning, sir. Could you please state your name for the record.
A  John W. Baldi.
Q  And what does the W. stand for?
A  Wayne.

Page 41

1  A   I forget.
2  Q   Is it a Massachusetts state entity?
3  A   I'm not sure.
4  Q   Now, you mentioned earlier that a couple
5      weeks after Eric was terminated, you were
6      aware of an oil spill in the oil bays?
7  A   Yes.
8  Q   I'm going to focus your attention on that.
9          When did you first become
10     aware of the oil spill in the oil bays at
11     that time?
12 A   I was first aware of it the night before
13     the biggest incident happened. I remember
14     seeing oil on the ground. And I believe I
15     told -- Kevin Sullivan was there that
16     night -- about the oil in the back because
17     it wasn't -- you know, it wasn't big, but
18     it wasn't normal as far as -- like an
19     everyday occurrence thing. It was bigger
20     than normal, but it wasn't huge.
21 Q   I'm going to ask you: Who is Kevin
22     Sullivan?
23 A   Kevin is -- I think his position is called
24     a lead CSA. I don't know what it means,

Page 42

1      but he's basically -- he's a manager on
2      Sundays, pretty much, and a manager at
3      nights. They give him the responsibility
4      of closing the store, sometimes opening.
5  Q   Do you know what a CSA stands for?
6  A   I have no idea.
7  Q   The time that you reported that to Kevin
8      Sullivan, do you remember what time -- it
9      was an evening shift?
10 A   It was the evening and we were about ready
11     to get out of there.
12 Q   And do you know what caused that oil spill
13     that was on the ground that you saw that
14     you reported to Kevin Sullivan?
15 A   I have no idea. It was around the waste
16     tanks in the back. I have no idea.
17 Q   Can you estimate the volume of oil that was
18     spilled?
19 A   I don't know the volume, but it was a
20     puddle of about, I want to say, 5 feet --
21     5 feet wide. I couldn't tell you how far
22     back it went because it went under --
23     there's a giant plastic drum back there and
24     there was a whole bunch of other stuff back

Page 43

1      there. But as far as I could see, it was
2      about 5 feet wide, maybe 6 feet.
3  Q   And you couldn't tell the depth of the
4      puddle because there were items in the way?
5  A   There was a whole bunch of stuff in the
6      back. There are drums, other waste tanks;
7      there are other oil drums that you pull oil
8      from.
9  Q   You had been working earlier that day,
10     correct?
11 A   Yes. I don't remember my exact hours, but
12     I was working -- I believe I worked
13     something like a noon shift to close. And
14     I don't remember what time they closed back
15     then. They changed their hours.
16 Q   Had you seen any oil at any time earlier in
17     the day that you just described, that
18     puddle of oil?
19 A   No.
20 Q   Had you been back in the area where that
21     puddle of oil was?
22 A   Throughout the day?
23 Q   Yes.
24 A   I don't recall.

Page 44

1  Q   Do you know if -- in other words, I'm
2      asking, do you know if that puddle of oil
3      was existing for a long period of time
4      before you saw it?
5  A   I don't know how long the oil was there
6      for.
7  Q   Had you seen Eric Souvannakane that day
8      that you noticed the oil spill and reported
9      it to Kevin Sullivan?
10 A   Yes. I saw him earlier and -- well, it was
11     dark out, but I don't remember what time it
12     was.
13 Q   It was earlier in the evening, then?
14 A   Yes. He came once. I gave him the keys.
15     He came back, gave me the keys back.
16     That's when it was dark out.
17 Q   Now, you just mentioned he came and got the
18     keys. What are you referring to when he
19     came and you gave him the keys?
20 A   Keys to the Ford pickup so he could do his
21     whole move.
22 Q   So the earlier incident you mentioned that
23     you lent him your dad's Ford pickup truck,
24     that was the same day as the -- when you

Page 45

1 noticed that oil spill and reported it to
2 Kevin Sullivan?
3 A It was the same day.
4 Q And how was it that Eric came to see you to
5 get the keys to the car? Had you spoken to
6 him before to make those arrangements?
7 A I don't remember. I think he asked me
8 beforehand, but I'm not really sure.
9 Q Is it possible that he just arrived at the
10 work site and asked you if he could borrow
11 your truck then?
12 A Yeah, he could have.
13 Q And at that point in time, you knew that
14 Eric had already been terminated from his
15 employment?
16 A Yes.
17 Q Had you seen him back at the work site at
18 any time since his termination until that
19 time he came to get the keys?
20 A Yes.
21 Q How many times had he come back to the work
22 site?
23 A I'm not sure, less than five maybe.
24 Q And under what circumstances did he come

Page 46

1 back to the work site after his
2 termination?
3 A He -- I saw him -- he was driving by once
4 when he had his daughter -- he was coming
5 from the back because there are two ways to
6 get into the parking lot. And he was going
7 to get something, and I was -- I forget why
8 I was outside. But I saw him and I waved
9 to him.
10 And then one time he came back
11 to actually buy tires. And he actually
12 talked with the boss, Anthony; he talked to
13 Anthony Ceiri, the manager.
14 Q And who put on the -- did he actually buy
15 tires?
16 A Well, he was -- I was talking to him
17 outside. And Anthony came up and started
18 talking to him. And we were by some bay,
19 and then I went to finish a job. And it
20 was, like -- I remember Anthony told him,
21 you know -- he said he could buy tires. I
22 remember telling him, Yeah, can you go up
23 front. So Eric goes up front to wait for
24 tires.

Page 47

1 Q Do you know whether he, in fact, bought
2 tires at the time --
3 A No, he left. Sorry for interrupting.
4 Q That's okay.
5 Did you ever talk to him about
6 why he left and did not buy tires?
7 A Yes.
8 Q And what did you learn?
9 A I -- actually, when he was in line to buy
10 something, one of the salesmen said, Hey, I
11 think you should leave. Anthony is on the
12 phone and he's talking about you.
13 And he said, For what? He
14 goes, I don't know; but I think you should
15 leave.
16 And then he left. And I went
17 back to the back shop. And then Anthony
18 said, Where did he go? I'm, like, He left.
19 Q Did you have any further discussion with
20 Anthony about that?
21 A He said, He's not supposed to be here. And
22 I said, Why did you tell him to go wait in
23 line? And he was -- he was upset. I mean,
24 he was turning red. And then he --

Page 48

1 Q Who was turning red, Anthony?
2 A Yes, Anthony was turning red. Eric was
3 gone. Eric left after the salesman said, I
4 think you should leave.
5 Q And what further transpired between you and
6 Anthony talking about that?
7 A I just remember him being upset. And then
8 he started yelling at me. And I said,
9 Don't yell at me.
10 Q And how did he respond when you told him
11 not to yell at you?
12 A I don't remember exactly what he did. I
13 just remember him being upset. And then I
14 remember asking him, If he's not supposed
15 to be here, why did you send him in the
16 line to buy tires?
17 Q Did Anthony have a response to that?
18 A I don't remember.
19 Q Did you have any further information or
20 knowledge of that incident where Eric came
21 to buy tires?
22 A No.
23 Q Now, directing your attention back to the
24 date when Eric was borrowing the keys to

Page 49

1 your dad's Ford, can you please describe
2 your memory of what happened when Eric
3 first came in to get the keys from you?
4 A He came in and I -- I gave him the keys. I
5 don't remember how long he stayed. It
6 couldn't have been long because I was
7 working and then he left. And he was gone
8 for a couple of hours. And then he came
9 back and gave me the keys.
10 Q Did you have any discussion with him when
11 he first borrowed the keys from you about
12 borrowing the truck or what to do and not
13 to do?
14 A I don't remember exactly what was said.
15 Q Did you see Eric talk to any other Sears
16 employees when he was there first picking
17 up the keys from you?
18 A I don't recall.
19 Q And how long was he in this store for when
20 he was borrowing the keys that first time?
21 A It couldn't have been long.
22 Q A matter of minutes?
23 A Possibly. I'm really not sure.
24 Q And you said he returned a couple hours

Page 50

1 later.
2     Can you describe what happened
3 when he returned?
4 A He came back; he gave me the keys; I
5 remember we were talking in one of the
6 brake bays, more in the threshold to
7 outside; we were just, you know, BS'ing
8 around. And I remember he knocked one of
9 the oil drums. And then he was, like, Oh.
10    He didn't -- when he bumped
11 it, it was more like he was kidding. It
12 wasn't, like, malicious. He was like, This
13 is Larry's bay. He started cleaning up.
14 He was like, Oh.
15 Q I didn't catch what you said, he said oh?
16 A Oh, this is Larry's bay. Larry is a brake
17 guy that works in the back.
18 Q So earlier when you described it as the
19 "brake bay," that's where you fix
20 automobile brakes?
21 A Yes.
22 Q Did you see how he bumped into the oil
23 drum?
24 A I think he kicked it. I'm not sure.

Page 51

1 Q And what kind of -- can you describe the
2 oil drum that he kicked?
3 A It was one of the ones that totes -- you
4 can tote around the shop, the portable ones
5 with the -- they have a steel drum and they
6 have a catch pan connected to a pipe that
7 runs into the drum.
8 Q And do you know the volume of that
9 particular drum?
10 A That's one of those 20- 25- 30-gallon
11 drums.
12 Q And you said that it got knocked over? Was
13 it knocked over on its side?
14 A I can't remember if that was knocked over
15 or if it was one of the 5-quart oil fill
16 jugs that are on the top. Because if one
17 of those fell over, it would be a mess.
18 And there wasn't -- I mean, maybe a half a
19 quart -- not even a half a quart of oil
20 that came out when he hit the barrel.
21 Q Okay. So you have a memory of the volume
22 of the spill being small?
23 A Yes. The oil that came out of what he hit
24 was very small, I mean, smaller than this.

Page 52

1 Q And the record is not going to reflect what
2 you're pointing to.
3 A Sorry. It's smaller than --
4 Q 2 feet by a foot and a half?
5 A Yeah, 2 feet.
6 Q Now, you mentioned that there could have
7 been two sources of that oil, the big
8 30-gallon drum or another little 5-gallon
9 gallon drum that you mentioned?
10 A 5 quarts.
11 Q 5 quarts?
12 A There's -- when you use one of those
13 tote -- well, the tote drains, to drain the
14 waste oil in. They have 5 -- there's one
15 4-quart and one 5-quart metal fill. It's
16 an oil fill. You go up to the pumps, you
17 pump the new oil into that, and you use
18 that to fill the car since the oil base is
19 the only source of the oil. So you use
20 those oil hoses to fill one of those and
21 you can walk around the shop and fill up a
22 car.
23 Q Okay. And the 5-quart oil fill buckets,
24 are those stored on the ground level or are

Page 53

1      they stored overhead or where are they
2      kept?
3 A They're stored wherever people leave them.
4 Q And you have a memory of him kicking or
5      bumping into some kind of barrel. Do you
6      remember that?
7 A Yes, he bumped into one of the -- the waste
8      oil -- the tote waste oil drain buckets,
9      and I can't remember if that's what moved
10     and caused the oil to come out or if it was
11     one of those 5-quart fills that was in the
12     pan on top of it, because sometimes people
13     will leave it up there.
14 Q Oh, okay. That's what I was trying to
15     determine.
16         How could his bumping into the
17     30-gallon drum affect the 5-quart metal
18     fill?
19 A Yes. I believe there was a 5-quart in that
20     drain because a lot -- I even do it. You
21     leave the 5-quart inside the waste pan, so
22     you don't get oil everywhere.
23 Q And either way there was a spill created by
24     Eric's conduct, right?

Page 54

1 A Yes, a very small spill.
2 Q And what happened after that?
3 A He put down the abrasive pads, put down one
4      or two, cleaned it up, put it in the trash.
5      We talked, and then he left.
6 Q When you say "abrasive pads," you mean the
7      absorbent pads?
8 A Yes, yes, excuse me, the absorbent pads,
9      the white absorbent pads. They're 3M pads.
10 Q Did you see him clean up those pads after
11     they had been placed down?
12 A Yes. He cleaned the oil up, picked the
13     pads up, put them in the trash.
14 Q Did you have any discussion with him about
15     that spill while he was doing the cleanup?
16 A I walked outside. I, kind of, turned my
17     back, walked outside, came back in.
18 Q Did you help him in the cleanup itself?
19 A No.
20 Q Did he tell you not to tell anyone about
21     the cleanup?
22 A No, not to the best of my knowledge,
23     anyway.
24 Q Did he tell you, You didn't see anything?

Page 55

1 A No.
2 Q Did he ask you to go outside and be a
3      lookout for him while he was cleaning up?
4 A No.
5 Q Why did you go outside, sir?
6 A I was -- we were more in the threshold and
7      when that happened, he said, This is
8      Larry's bay. And I, kind of, did one of
9      these and laughed a little bit and, kind
10     of, did one of those. I, kind of -- I
11     turned to my left. I was leaning up
12     against the threshold, and I, kind of,
13     walked outside and did one of these
14     (indicating). I put my hand on my face; I
15     came back in. And he was cleaning it up.
16         It was -- I mean, it wasn't
17     long enough where I would have missed
18     anything as far as me turning away. I
19     didn't actually turn my back away from it.
20     I just, kind of, walked.
21 Q Okay. And just so the record is clear,
22     when you were describing your actions, you
23     said, I, kind of, did one of these. And
24     you were gesturing by rubbing your hand on

Page 56

1      your eyes?
2 A Yes, I put my hand on my head and covered
3      one of my eyes.
4 Q What happened after you saw Eric do that
5      cleanup and throw the absorbent pads in the
6      trash?
7 A I don't remember exactly what was said. I
8      know he left shortly after that.
9 Q And did you see the area where the spill
10     had happened after he did the cleanup?
11 A The spill that -- when he hit the --
12 Q Yes, the one that Eric was cleaning up.
13     Did you see the area that he was cleaning
14     up after it was done?
15 A Yes, it was in a -- it was almost in the
16     middle, like, exact middle of the bay. It
17     was right out in the open.
18 Q And was the cleanup effective in the
19     fact -- was the oil cleaned up?
20 A Yes.
21 Q How far was the location of that spill from
22     the site of the oil you saw on the floor
23     that you reported to Kevin Sullivan?
24 A The oil -- the oil he bumped or knocked was

Page 57

1      in a brake bay. There's a dead bay and
2      then the oil bays start. I want to say
3      it's 25 feet away, maybe 30 feet away.
4 Q    So it was two bays over?
5 A    About two bays over, yes.
6 Q    Did you ever see Eric Souvannakane in that
7      bay, the oil bay, where you had later
8      noticed the spill?
9 A    No, we stayed by the thresholds of the
10     brake bays.
11 Q   Did you at any time that day see him or
12     that evening see him in the area by that
13     oil spill in the oil bay?
14 A   No.
15 Q   So earlier you had described that you had
16     seen the oil spill in the oil bay that you
17     reported to Kevin Sullivan. Do you recall
18     that you testimony?
19 A   I don't remember exactly. I remember
20     walking -- that same night I remember
21     walking back from there, and he was walking
22     next to me. That's why I believe I told
23     him about the oil down in the back.
24      I remember walking back up to

Page 58

1      the front of the shop with him from the oil
2      bays.
3 Q   By "him" you're referring to Kevin
4      Sullivan?
5 A   Yes.
6 Q   Did you take him to show Kevin Sullivan
7      where the oil spill was?
8 A   I can't recall if he was down back closing
9      the doors, the oil bay doors, because
10     people left them open all the time. I
11     can't recall what he was doing or if I took
12     him down there. But I remember walking
13     back from the oil bays.
14 Q   And do you recall telling Kevin Sullivan
15     about the spill?
16 A   I think I told him about the spill. I'm
17     pretty sure I said, Hey, there's -- I think
18     I said something like, Hey, there's oil
19     down back.
20 Q   And what was Kevin Sullivan's reaction?
21 A   I don't recall exactly.
22 Q   Did he ask you how big a spill it was?
23 A   I don't remember if he asked me how big it
24     was or if, when he was walking around, he

Page 59

1      walked down to look at it. I don't
2      remember exactly what happened.
3 Q   Okay. Did you make any suggestions to him
4      that, We need to clean that up tonight?
5 A   I don't recall.
6 Q   Did you, in your experience, feel that it
7      needed to be cleaned up before the shop was
8      closed?
9 A   It honestly should have been cleaned up.
10 Q   Did you have any desire yourself to clean
11     up the mess?
12 A   Absolutely not.
13 Q   And why not?
14 A   Well, I didn't cause the mess and it was --
15     I just don't like cleaning oil.
16 Q   Did Kevin Sullivan ask you to stay and
17     clean up the mess?
18 A   I don't believe so.
19 Q   Did you ever later learn the source of that
20     oil spill or what caused that oil spill?
21 A   I honestly don't recall what caused the oil
22     spill.
23 Q   Did anyone ever tell you that they knew the
24     source or the cause of that oil spill?

Page 60

1 A   I can't recall.
2 Q   When's the next time that you had any
3      discussion or involvement with that oil
4      spill that you reported to Kevin Sullivan?
5 A   The next day.
6 Q   And what happened the next day?
7 A   I can't remember if I was late or if I was
8      on an afternoon shift. I don't recall.
9      But I remember walking into the shop and I
10     remember somebody was hosing it down with a
11     garden hose.
12 Q   Do you remember who that person was?
13 A   Andy DiGaetano.
14 Q   And is Mr. DiGaetano still employed at
15     Sears today?
16 A   No.
17 Q   Do you remember when he left employment?
18 A   I don't recall.
19 Q   Do you know where he works today?
20 A   I have no idea.
21 Q   When was the last time you had any
22     interaction with him?
23 A   He came by Sears once to get his oil
24     changed, and I talked to him for about five

Page 61

1    minutes.
2 Q Do you know how long ago that was?
3 A I honestly don't know. It was summer, not
4    last summer, maybe the summer before. I'm
5    not sure. It was warm weather, I should
6    say.
7 Q And upon seeing Andy DiGaetano washing the
8    oil spill down, what did you do?
9 A I stayed away from him.
10 Q Was the area that he was washing down in
11    the same location as you had seen the oil
12    spill that you reported to Kevin Sullivan?
13 A He was washing down the floors, the racks,
14    the oil racks.
15       I mean, he hosed down the
16    whole back of the shop pretty much. The
17    oil spread because of the water. It went
18    outside. It came up to the bays, some of
19    the bays.
20 Q Did you see him in the area that you had
21    seen the oil spill you reported to Kevin
22    Sullivan?
23 A He was. I forget exactly where he was
24    standing. I think he was standing in the

Page 62

1    dead bay and hosing all the oil down.
2       But as far as -- throughout
3    the time he was cleaning -- I mean, he
4    walked -- he walked back and forth through
5    the area, yes.
6 Q Did you get to see the area that you
7    reported to Kevin Sullivan that day when
8    you returned to work?
9 A Can you say that again, please.
10 Q You had earlier described the volume of the
11    spill as about 5-foot wide that was
12    underneath some of the objects stored on
13    the floor?
14 A Yes.
15 Q Did you see that area after you returned to
16    work the next day?
17 A Yes.
18 Q Can you describe what the condition of the
19    oil was there?
20 A It was all over the place. It went from
21    there everywhere.
22 Q Was it obvious to you that someone had been
23    trying to wash down that area?
24 A Yes. It was definitely from the water.

Page 63

1 Q Did you assist at all in that cleanup by
2    Mr. DiGaetano?
3 A No.
4 Q Did you talk to anyone upon your return to
5    work about that cleanup?
6 A That day when he was --
7 Q -- doing the cleanup?
8 A Yes.
9 Q Who did you talk to?
10 A We'd talk -- a bunch of us were talking, as
11    far as what was going on. We had to fill
12    out statements as to what we saw. I had to
13    talk to Bill Sullivan. He called people in
14    the office, asked him what happened.
15 Q Anything else?
16 A That's as far as I can remember. I mean,
17    we talked amongst ourselves.
18 Q When you say you talked amongst yourselves,
19    was that amongst the techs that were in the
20    shop?
21 A Yes, all the Sears employees that worked in
22    the shop, some of the salesmen.
23 Q Did any of them advise you or describe how
24    that oil spill had occurred?

Page 64

1 A No, not to the best of my knowledge.
2 Q Did anyone mention that Eric Souvannakane
3    had done the oil spill?
4 A No, not to the best of my knowledge.
5 Q Did you tell any of the other employees or
6    salesmen that you had seen Eric cause an
7    oil spill earlier the prior day?
8 A I don't recall.
9 Q Who's Bill Sullivan?
10 A As far as I know, he's some big corporate
11    guy that works for Sears.
12       As far as his position, I'm
13    not really sure.
14 Q Had you ever met him before the date that
15    he came on the day of the oil spill?
16 A No.
17 Q And how is it that you came to speak to him
18    on the day of the oil spill -- the day
19    after the oil spill, excuse me?
20 A We had to go in the office. The office was
21    in the back at that time. The office is
22    now in the front of the store.
23       We had to go in; they handed
24    us a sheet. You fill out a statement of

Page 65

1  what you saw; you sign it and you check a
2  box and you give it to him. And I
3  remember -- I remember everyone was filling
4  out statements. I remember calling my
5  house asking if I should sign this because
6  I knew something was going to happen with
7  this if they had corporate down there and
8  written statements of what happened.
9         So I called my house. I
10  remember calling my house. I remember
11  talking to my father, asking if I should
12  sign it. He said, Just tell them what you
13  know, sign it, and give them the paper.
14  And that's exactly what I did.
15 Q  Do you recall speaking to Bill Sullivan in
16  addition to filling out a written
17  statement?
18 A  Yes.
19 Q  And what do you remember about your
20  conversation with Bill Sullivan?
21 A  Well, the first or second time I talked to
22  him?
23 Q  You spoke to him on two occasions?
24 A  Well, the same day -- I got called in the

Page 66

1  office once, and then I got called in the
2  office again. And I'm not sure if I got
3  called in a third time. I can't remember.
4        But I know I got called in at
5  least twice.
6 Q  Why don't you describe what happened the
7  first time you were called in to meet with
8  Bill Sullivan.
9 A  The first time I was called in, he said --
10  he asked how I was doing. And he seemed
11  like a nice guy. He asked what happened
12  and just if I was working and if I was down
13  there the whole night.
14        Then the second time I went
15  in, he was furious. And I -- I don't
16  remember exactly what he said. But he
17  said, Do you know your job is at stake
18  here? Do you know you can get fired over
19  this? And he said something like, You're
20  going to tell me what I want to hear or
21  tell me what I want to hear or tell me what
22  I want to know or something like that.
23        And he was trying to -- the
24  second time I went in, you'd give him an

Page 67

1  answer and he'd try to twist it around.
2  And I said, you know, Everything you want
3  to ask me or everything you want to know is
4  on that paper I gave you, and I walked out,
5  I walked out of the office.
6 Q  So by the time you met with him the second
7  occasion, you had already submitted your
8  written statement?
9 A  We had submitted our written statement
10  before the first time. I remember there
11  were a bunch of us filling out statements,
12  and we put them on the desk and walked out
13  of there. And he called us in the office
14  one by one.
15 Q  How long did the first meeting that you had
16  with him last?
17 A  I don't recall. It was maybe 10 minutes.
18 Q  And the second meeting, how long did that
19  last?
20 A  It didn't last long because I walked out of
21  there.
22 Q  And did anything happen as a result of your
23  walking out?
24 A  No.

Page 68

1 Q  Did Mr. Sullivan order you to come back in?
2 A  Not that I can recall.
3 Q  And you were never terminated or otherwise
4  disciplined for walking out of that
5  meeting, were you?
6 A  No.
7 Q  Was Eric Souvannakane's name mentioned in
8  either one of those meetings with Bill
9  Sullivan?
10 A  Yes.
11 Q  When's the first time Eric Souvannakane's
12  name was mentioned?
13 A  I know he mentioned him the second time
14  because he said, I know Eric was here. I
15  know he's upset about being fired. And
16  that's all I can remember about Eric being
17  mentioned.
18 Q  And how did you respond when you were told
19  that he knew Eric was there and upset about
20  being fired?
21 A  I said, Yeah, he was here; he borrowed my
22  truck.
23 Q  Did you agree that Eric was upset about
24  being fired?

**Page 93**

1      interview you had with Bill he was furious,
2      is that accurate?
3   A   Yes.
4   Q   Do you know why he was furious?
5   A   I have no idea. He was talking to people
6      the whole day, calling people in and out of
7      there. And I guess somebody upset him.
8   Q   Did you get the sense that he was furious
9      at you specifically or just mad in general?
10   A   I honestly couldn't answer you about that.
11      I mean, as far as -- I don't know. You
12      could -- he could have been mad at the
13      situation. I'm not sure if he was mad at
14      me specifically.
15   Q   What made you think he was furious? What
16      was he doing to make you think he was
17      furious?
18   A   His face was red; he was just yelling.
19   Q   Yelling at you or just yelling?
20   A   He was directing his words towards me. I
21      mean, I was the one he was asking
22      questions.
23   Q   You said that in that second interview he
24      said things to you, like, You could get

**Page 94**

1      fired, tell him what he wants to know and
2      that your job is at stake. Do you recall
3      those?
4   A   Yes. And on this statement right below
5      here, it says, I have made this statement
6      on my own free will, no threats or promises
7      were made to me.
8   Q   I understand that. We'll get to the
9      statement in a second.
10      I just want to talk to you
11      about what Bill was saying to you, and then
12      we'll get to that statement.
13      But do you recall him saying
14      those things to you?
15   A   He said something similar to that.
16   Q   Do you recall him saying anything else of
17      that nature?
18   A   That's all I can remember.
19   Q   So he basically told you that your job was
20      at stake and you could get fired and he
21      wanted you to tell him what he wanted to
22      know, meaning he wanted you to tell him
23      that you knew what happened, correct?
24   A   Yes.

**Page 95**

1   Q   So he never told you to lie, did he?
2   A   He never told me to lie per se. He, kind
3      of, hinted towards he knew Eric was down
4      there that night, and he knows Eric did it.
5      He knows Eric --
6   Q   Did he say he knows Eric did it? I'm
7      sorry; I don't mean to interrupt you.
8   A   He says, I know Eric got fired; I know
9      you're friends with Eric; and I know he was
10      down here.
11      I'm 100 percent sure he said
12      those three things. And after that, I'm
13      not really sure.
14   Q   So you don't remember if he ever said, I
15      know Eric did it, is that correct?
16   A   I don't recall.
17   Q   And you don't recall him ever telling you
18      that he wanted you to tell him that Eric
19      did it or you were going to be terminated,
20      is that correct?
21   A   He hinted on the fact that, like I said
22      before, he said, You know your job is at
23      stake here. You know you can get fired
24      over this.

**Page 96**

1      And after -- whatever he said
2      after that, I don't recall. I was
3      infuriated when he said that stuff to me.
4   Q   If he had said to you, I want you to tell
5      me Eric Souvannakane caused this oil spill
6      or you're going to be terminated, would you
7      have remembered that?
8   A   Probably.
9   Q   But you don't remember him saying that, is
10      that correct?
11   A   No, I don't remember him saying that, no.
12   Q   And, in fact, you left the office without
13      ever saying that Eric Souvannakane was the
14      one that caused the oil spill, is that
15      correct?
16   A   I never told Bill Sullivan that Eric caused
17      the oil spill.
18   Q   You're still employed at Sears?
19   A   Yes, I am.
20   Q   And you were never disciplined as a result
21      of leaving that office, is that correct?
22   A   No, I wasn't.
23   Q   And you were never disciplined as a result
24      of not telling Bill that Eric Souvannakane

Page 97

1 was involved in the oil spill?
2 A No, I wasn't.
3 Q You also testified you don't recall whether
4 or not you told Bill that Eric had been
5 involved in a smaller spill earlier that
6 night, is that accurate?
7 A I don't recall telling him about that, no.
8 Q Getting back to the statement, you read the
9 portion on the bottom?
10 A Yes.
11 Q That says you have made this statement of
12 your own freewill and no threats or
13 promises were made to you as an inducement
14 to give this statement?
15 A Yes.
16 Q I presume that was accurate at the time you
17 signed this statement?
18 A When we signed this -- this was before we
19 even got called into the office and
20 questioned. You'd sign this, hand it in
21 and then they'd start calling you.
22 Q So at the time you signed this statement,
23 no threats or promises were made to you?
24 A No.

Page 98

1 Q Do you feel that there were any threats or
2 promises made to you at any time during the
3 course of the investigation?
4 A Yes.
5 Q When?
6 A When he told me my job was at stake and he
7 wanted to know who did it and my answer of,
8 I don't know wasn't -- apparently wasn't
9 good enough for him.
10 Q Do you think he was trying to get to the
11 truth of the matter?
12 A He was obviously trying to get to the
13 truth. But as far as saying your job is at
14 stake when I had nothing to do with this
15 whole thing is --
16 Q Would your job be at stake if you did know
17 something and you lied? Is that what you
18 took it to mean?
19 A I never told him any kind of lies. I told
20 him exactly what it says on this paper.
21 Q I understand that.
22 What I actually asked was: Do
23 you think your job was at stake if you knew
24 something that had happened but actually

Page 99

1 lied about it?
2 A No. Honestly, that's why I got mad because
3 he was -- I know he was -- he was saying
4 this stuff to me, and I didn't even know
5 what to tell him because I already told him
6 everything I knew about the whole fact of
7 the matter, and he insisted that I knew
8 stuff that I didn't know.
9 Q And is it accurate that you then told him
10 you didn't know anything beyond what was in
11 the statement and you left the office?
12 A Yes. I said, Any other questions you have,
13 my statement is right there. I don't want
14 to say that was word for word. It was
15 something like that. And I left; I walked
16 out of there.
17 Q Do you recall meeting with me last week
18 when you told me that you didn't want Sears
19 to represent you at this deposition?
20 A Yes.
21 Q Do you recall that after you had told me
22 that, you also told me that Sears had even
23 contacted you to offer representation?
24 A Yes.

Page 100

1 Q Do you recall telling me that that was
2 because you had a "beef" with somebody at
3 Sears and you were surprised that they
4 offered to represent you?
5 A Yes, I was surprised that they sent someone
6 to represent me because of this whole --
7 well, as far as this statement, I was
8 surprised after that because I didn't
9 understand how they could on one hand do
10 that, say things of that matter to me, and
11 then send somebody to represent me.
12 Q So this was the "beef" that you were
13 referring to?
14 A Yes.
15 Q So you feel as though you and Bill Sullivan
16 have a "beef"?
17 A Well, as far as -- not like a beef, but, I
18 mean, as far as him saying things to me --
19 Q Him saying things like what? Can you be
20 specific?
21 MR. CLOHERTY: And your "him"
22 is Bill Sullivan?
23 MS. TRAN: Bill Sullivan, yes.
24 A As far as Bill saying things like, Your job

# STATEMENT

DATE OF STATEMENT: October 17, 2003

I, **John W. Baldi**, an associate of Sears, Roebuck and Co., freely make the following statement to **Bill Sullivan** who I know to be representative of Sears, Roebuck and Co.

I have been employed at Sears **6103**, since **November 1, 2002** as a **Tech 1**; my associate number is **43919** and my Social Security number is **019640800**.

On this date **October 17, 2003** requested my cooperation in discussing a situation that occurred during my employment with Sears. My statement pertaining to this situation follows:

The night of October 16, 03 I did one oil change at around 5:00. There was no spill then. I noticed a small spill at about 8:30 and was told by another tech that he informed the LCSA of a "mess" down back. I came to work the morning of the 17th and was asked if and what time I did an oil change the night before. I didn't notice how large the spill became until about 8:30 that morning when I saw a tech cleaning it up.

EXHIBIT
Baldi
1
LA 4118/06

I have read this statement, the contents of which are true facts, that have been discussed with **Bill Sullivan** and me on this da[te].

I have made this statement of my own free will. No threats or promises were made to me, as an inducement to give th[is] statement.

SIGNED: [signature]   DATE: 10/17/03   TIME: 12:45
WITNESS:
WITNESS:

11118
Sears Forms Management
Contains Post Consumer Recycled Paper