# EXHIBIT 12

| CRIMINAL DOCKET | DOCKET NO. 0413CR001350 | | ATTORNEY NAME Gradzewicz |
|---|---|---|---|

| DIVISION | ☐ INTERPRETER REQUIRED | DATE and JUDGE | DOCKET ENTRY |
|---|---|---|---|
| n | | 3-24-04 Qc | ☐ Attorney appointed (SJC R. 3:10)<br>☑ Atty denied and Deft Advised per 211D §2A<br>☐ Waiver of counsel found after colloquy |

ADDRESS AND ZIP CODE OF DEFENDANT
JVANNAKANE, ERIC
EUTAW AVE
JN, MA 01905

**ORIGINAL**

| | | 3-24-04 Qc | Terms of release set:<br>☑ PR  ☐ Bail: Stay away<br>☐ Held (276 §58A)<br>☐ See back for special conditions |
|---|---|---|---|

| OB AND SEX | | | Arraigned and advised: |
|---|---|---|---|
| 25/1982  M | | | ☑ Potential of bail revocation (276 §58)<br>☐ Right to bail review (276 §58)<br>☐ Right to drug exam (111E §10) |

| F OFFENSE(S) | PLACE OF OFFENSE(S) | 10-5-04 Conlon J | Advised of right to jury trial:<br>☐ Does not waive<br>☑ Waiver of jury trial found after colloquy |
|---|---|---|---|
| 16/2003 | SAUGUS | | |
| AINANT ICKSON, ALAN | POLICE DEPARTMENT (if applicable) SAUGUS PD | | |
| F COMPLAINT 25/2004 | RETURN DATE AND TIME 03/24/2004 09:00:00 | | Advised of trial rights as pro se (Supp. R. 4)<br>Advised of right of appeal to Appeals Ct (R. 28) |

| T/OFFENSE |
|---|
| 266/127/A DESTRUCTION OF PROPERTY +$250, MALICIO |

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|

| SITION DATE and JUDGE 2-04 Conlon J | | SENTENCE OR OTHER DISPOSITION |
|---|---|---|
| SITION METHOD | FINDING | ☐ Sufficient facts found but continued without guilty finding until:<br>☐ Probation    ☐ Pretrial Probation (276 §87) - until:<br>☐ To be dismissed upon payment of court costs/restitution<br>☐ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim<br>☐ Request of Deft ☐ Failure to prosecute ☐ Other:<br>☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C) |
| uilty Plea or Admission<br>Sufficient Facts<br>ccepted after colloquy<br>nd 278 §29D warning<br>ench Trial<br>ury Trial<br>one of the Above | ☑ Not Guilty<br>☐ Guilty<br>☐ Not Responsible<br>☐ Responsible<br>☐ No Probable Cause<br>☐ Probable Cause | |

| FINAL DISPOSITION<br>☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated; defendant discharged | JUDGE | DATE |
|---|---|---|

(Additional blank offense sections follow with same structure, all unchecked)

COURT ADDRESS
Lynn District Court
580 Essex Street