EXHIBIT 13

Page 1

1        UNITED STATES DISTRICT COURT

2      FOR THE DISTRICT OF MASSACHUSETTS

3                    C.A. NO. 04-12164-MLW

4

5

6   ERIC SOUVANNAKANE,

7            Plaintiff

8   v.

9   SEARS, ROEBUCK AND CO.,

10           Defendant

11

12

13

14

15      DEPOSITION OF:   BARBARA TAGLIARINO

16         Law Offices of Kurt Olson

17              500 Federal Street

18           Andover, Massachusetts

19      April 28, 2006         10:05 a.m.

20

21

22

23            Charlotte C. Rosati

24      Registered Professional Reporter

# BARBARA TAGLIARINO
## April 28, 2006

Page 2

```
 1   APPEARANCES:
 2
 3   Representing the Plaintiff:
 4   LAW OFFICES OF KURT OLSON
 5   500 Federal Street
 6   Andover, MA 01810
 7   (978) 681-0800
 8   BY:  KURT OLSON, ESQ.
 9
10
11   Representing the Defendant:
12   SUGARNAN, ROGERS, BARSHAK & COHEN, P.C.
13   101 Merrimac Street
14   Boston, MA 02114-4001
15   (617) 227-3030
16   BY:  CHRISTINE M. NETSKI, ESQ.
17
18
19   Representing Gary Mansfield:
20   PIERCE, DAVIS & PERRITANO, LLP
21   Ten Winthrop Square
22   Boston, MA 02110-1257
23   (617) 350-0950
24   BY:  JOHN J. CLOHERTY III, ESQ.
```

Page 3

1           I N D E X

2

3  WITNESS:            BARBARA TAGLIARINO

4

5  EXAMINATION BY:                              PAGE:

6  Mr. Olson                                      4

7

8

9

10

11

12  E X H I B I T S                              PAGE:

13

14  No. 1         Handwritten note, 1pp            12

15  No. 2         Handwritten note, 1pp            16

16  No. 3         Statement, 2pp                   17

17  No. 4         Saugus Police Department         19

18                Narrative

19  No. 5         ENPRO Services, Inc.             20

20                invoice, 2pp

21

22

23

24

# BARBARA TAGLIARINO
## April 28, 2006

Page 4

```
1                    STIPULATIONS
2                    It is agreed by and between
3    the parties that all objections, except
4    objections as to the form of the questions, are
5    reserved and may be raised at the time of trial
6    for the first time.
7                    It is further agreed by and
8    between the parties that all motions to strike
9    unresponsive answers are reserved and may be
10   raised at the time of trial for the first time.
11                   It is further agreed by and
12   between the parties that the reading and signing
13   of the deposition by the deponent my be signed
14   under the pains and penalties of perjury within
15   (30) thirty days of receipt.
16                        - - - -
17                   BARBARA TAGLIARINO, having been
18   satisfactorily identified and duly sworn by the
19   Notary Public, deposes and states as follows:
20
21   EXAMINATION BY MR. OLSON:
22
23       Q.   Good morning, Ms. Tagliarino.
24       A.   Good morning.
```

BARBARA TAGLIARINO
April 28, 2006

Page 24

1   Q.   And do you know who it was
2   specifically that did the investigation?
3   A.   No.
4   Q.   When did you first hear of the spill
5   at the Sears Automotive Department?
6   A.   A couple of days after.
7   Q.   Okay.  And did you consider the spill
8   a major incident?
9   A.   Yes.
10  Q.   Okay.  You said that you only heard
11  about it a couple of days afterward.  If it was
12  a major incident, would you have wanted to know
13  about it sooner?
14  A.   I was off all week.
15  Q.   Okay.  So then you never had occasion
16  to view the results of the spill; is that
17  correct?
18  A.   No.  Correct.
19  Q.   Did anyone tell you about witnesses
20  who may have seen the oil spill?
21  A.   No.
22  Q.   Okay.  Do you know William Sullivan?
23  A.   Yes.
24  Q.   And do you know what his position is