59

```
 1              walked down to look at it.  I don't
 2              remember exactly what happened.
 3      Q       Okay.  Did you make any suggestions to him
 4              that, We need to clean that up tonight?
 5      A       I don't recall.
 6      Q       Did you, in your experience, feel that it
 7              needed to be cleaned up before the shop was
 8              closed?
 9      A       It honestly should have been cleaned up.
10      Q       Did you have any desire yourself to clean
11              up the mess?
12      A       Absolutely not.
13      Q       And why not?
14      A       Well, I didn't cause the mess and it was --
15              I just don't like cleaning oil.
16      Q       Did Kevin Sullivan ask you to stay and
17              clean up the mess?
18      A       I don't believe so.
19      Q       Did you ever later learn the source of that
20              oil spill or what caused that oil spill?
21      A       I honestly don't recall what caused the oil
22              spill.
23      Q       Did anyone ever tell you that they knew the
24              source or the cause of that oil spill?
```

60

| | | |
|---|---|---|
| 1 | A | I can't recall. |
| 2 | Q | When's the next time that you had any |
| 3 | | discussion or involvement with that oil |
| 4 | | spill that you reported to Kevin Sullivan? |
| 5 | A | The next day. |
| 6 | Q | And what happened the next day? |
| 7 | A | I can't remember if I was late or if I was |
| 8 | | on an afternoon shift. I don't recall. |
| 9 | | But I remember walking into the shop and I |
| 10 | | remember somebody was hosing it down with a |
| 11 | | garden hose. |
| 12 | Q | Do you remember who that person was? |
| 13 | A | Andy DiGaetano. |
| 14 | Q | And is Mr. DiGaetano still employed at |
| 15 | | Sears today? |
| 16 | A | No. |
| 17 | Q | Do you remember when he left employment? |
| 18 | A | I don't recall. |
| 19 | Q | Do you know where he works today? |
| 20 | A | I have no idea. |
| 21 | Q | When was the last time you had any |
| 22 | | interaction with him? |
| 23 | A | He came by Sears once to get his oil |
| 24 | | changed, and I talked to him for about five |

1         minutes.

2    Q    Do you know how long ago that was?

3    A    I honestly don't know.  It was summer, not

4         last summer, maybe the summer before.  I'm

5         not sure.  It was warm weather, I should

6         say.

7    Q    And upon seeing Andy DiGaetano washing the

8         oil spill down, what did you do?

9    A    I stayed away from him.

10   Q    Was the area that he was washing down in

11        the same location as you had seen the oil

12        spill that you reported to Kevin Sullivan?

13   A    He was washing down the floors, the  racks,

14        the oil racks.

15                       I mean, he hosed down the

16        whole back of the shop pretty much.  The

17        oil spread because of the water.  It went

18        outside.  It came up to the bays, some of

19        the bays.

20   Q    Did you see him in the area that you had

21        seen the oil spill you reported to Kevin

22        Sullivan?

23   A    He was.  I forget exactly where he was

24        standing.  I think he was standing in the

```
 1              dead bay and hosing all the oil down.

 2                        But as far as -- throughout

 3              the time he was cleaning -- I mean, he

 4              walked -- he walked back and forth through

 5              the area, yes.

 6    Q         Did you get to see the area that you

 7              reported to Kevin Sullivan that day when

 8              you returned to work?

 9    A         Can you say that again, please.

10    Q         You had earlier described the volume of the

11              spill as about 5-foot wide that was

12              underneath some of the objects stored on

13              the floor?

14    A         Yes.

15    Q         Did you see that area after you returned to

16              work the next day?

17    A         Yes.

18    Q         Can you describe what the condition of the

19              oil was there?

20    A         It was all over the place.  It went from

21              there everywhere.

22    Q         Was it obvious to you that someone had been

23              trying to wash down that area?

24    A         Yes.  It was definitely from the water.
```

| | | |
|---|---|---|
| 1 | Q | Did you assist at all in that cleanup by |
| 2 | | Mr. DiGaetano? |
| 3 | A | No. |
| 4 | Q | Did you talk to anyone upon your return to |
| 5 | | work about that cleanup? |
| 6 | A | That day when he was -- |
| 7 | Q | -- doing the cleanup? |
| 8 | A | Yes. |
| 9 | Q | Who did you talk to? |
| 10 | A | We'd talk -- a bunch of us were talking, as |
| 11 | | far as what was going on. We had to fill |
| 12 | | out statements as to what we saw. I had to |
| 13 | | talk to Bill Sullivan. He called people in |
| 14 | | the office, asked him what happened. |
| 15 | Q | Anything else? |
| 16 | A | That's as far as I can remember. I mean, |
| 17 | | we talked amongst ourselves. |
| 18 | Q | When you say you talked amongst yourselves, |
| 19 | | was that amongst the techs that were in the |
| 20 | | shop? |
| 21 | A | Yes, all the Sears employees that worked in |
| 22 | | the shop, some of the salesmen. |
| 23 | Q | Did any of them advise you or describe how |
| 24 | | that oil spill had occurred? |

64

| | | |
|---|---|---|
| 1 | A | No, not to the best of my knowledge. |
| 2 | Q | Did anyone mention that Eric Souvannakane |
| 3 | | had done the oil spill? |
| 4 | A | No, not to the best of my knowledge. |
| 5 | Q | Did you tell any of the other employees or |
| 6 | | salesmen that you had seen Eric cause an |
| 7 | | oil spill earlier the prior day? |
| 8 | A | I don't recall. |
| 9 | Q | Who's Bill Sullivan? |
| 10 | A | As far as I know, he's some big corporate |
| 11 | | guy that works for Sears. |
| 12 | | As far as his position, I'm |
| 13 | | not really sure. |
| 14 | Q | Had you ever met him before the date that |
| 15 | | he came on the day of the oil spill? |
| 16 | A | No. |
| 17 | Q | And how is it that you came to speak to him |
| 18 | | on the day of the oil spill -- the day |
| 19 | | after the oil spill, excuse me? |
| 20 | A | We had to go in the office.  The office was |
| 21 | | in the back at that time.  The office is |
| 22 | | now in the front of the store. |
| 23 | | We had to go in; they handed |
| 24 | | us a sheet.  You fill out a statement of |

1    what you saw; you sign it and you check a

2    box and you give it to him.  And I

3    remember -- I remember everyone was filling

4    out statements.  I remember calling my

5    house asking if I should sign this because

6    I knew something was going to happen with

7    this if they had corporate down there and

8    written statements of what happened.

9              So I called my house.  I

10   remember calling my house.  I remember

11   talking to my father, asking if I should

12   sign it.  He said, Just tell them what you

13   know, sign it, and give them the paper.

14   And that's exactly what I did.

15   Q    Do you recall speaking to Bill Sullivan in

16        addition to filling out a written

17        statement?

18   A    Yes.

19   Q    And what do you remember about your

20        conversation with Bill Sullivan?

21   A    Well, the first or second time I talked to

22        him?

23   Q    You spoke to him on two occasions?

24   A    Well, the same day -- I got called in the

|    |   |                                               |
|----|---|-----------------------------------------------|
| 1  |   | office once, and then I got called in the     |
| 2  |   | office again.  And I'm not sure if I got      |
| 3  |   | called in a third time.  I can't remember.    |
| 4  |   | But I know I got called in at                 |
| 5  |   | least twice.                                  |
| 6  | Q | Why don't you describe what happened the      |
| 7  |   | first time you were called in to meet with    |
| 8  |   | Bill Sullivan.                                 |
| 9  | A | The first time I was called in, he said --    |
| 10 |   | he asked how I was doing.  And he seemed       |
| 11 |   | like a nice guy.  He asked what happened       |
| 12 |   | and just if I was working and if I was down   |
| 13 |   | there the whole night.                        |
| 14 |   | Then the second time I went             |
| 15 |   | in, he was furious.  And I -- I don't         |
| 16 |   | remember exactly what he said.  But he        |
| 17 |   | said, Do you know your job is at stake        |
| 18 |   | here?  Do you know you can get fired over     |
| 19 |   | this?  And he said something like, You're     |
| 20 |   | going to tell me what I want to hear or       |
| 21 |   | tell me what I want to hear or tell me what   |
| 22 |   | I want to know or something like that.        |
| 23 |   | And he was trying to -- the              |
| 24 |   | second time I went in, you'd give him an      |

67

1    answer and he'd try to twist it around.

2    And I said, you know, Everything you want

3    to ask me or everything you want to know is

4    on that paper I gave you, and I walked out,

5    I walked out of the office.

6  Q  So by the time you met with him the second

7    occasion, you had already submitted your

8    written statement?

9  A  We had submitted our written statement

10    before the first time.  I remember there

11    were a bunch of us filling out statements,

12    and we put them on the desk and walked out

13    of there.  And he called us in the office

14    one by one.

15  Q  How long did the first meeting that you had

16    with him last?

17  A  I don't recall.  It was maybe 10 minutes.

18  Q  And the second meeting, how long did that

19    last?

20  A  It didn't last long because I walked out of

21    there.

22  Q  And did anything happen as a result of your

23    walking out?

24  A  No.

| | | |
|---|---|---|
| 1 | Q | Did Mr. Sullivan order you to come back in? |
| 2 | A | Not that I can recall. |
| 3 | Q | And you were never terminated or otherwise |
| 4 | | disciplined for walking out of that |
| 5 | | meeting, were you? |
| 6 | A | No. |
| 7 | Q | Was Eric Souvannakane's name mentioned in |
| 8 | | either one of those meetings with Bill |
| 9 | | Sullivan? |
| 10 | A | Yes. |
| 11 | Q | When's the first time Eric Souvannakane's |
| 12 | | name was mentioned? |
| 13 | A | I know he mentioned him the second time |
| 14 | | because he said, I know Eric was here.  I |
| 15 | | know he's upset about being fired.  And |
| 16 | | that's all I can remember about Eric being |
| 17 | | mentioned. |
| 18 | Q | And how did you respond when you were told |
| 19 | | that he knew Eric was there and upset about |
| 20 | | being fired? |
| 21 | A | I said, Yeah, he was here; he borrowed my |
| 22 | | truck. |
| 23 | Q | Did you agree that Eric was upset about |
| 24 | | being fired? |

1   A    No.

2   Q    And you didn't tell Mr. Sullivan that you

3        agreed that Eric was upset about being

4        fired?

5   A    To the best of my knowledge, no.

6   Q    Now, earlier I'd asked you about your

7        discussions by telephone.  I think you

8        spoke to Eric right after he was fired.

9        And I think you said he was upset about

10       being fired at that time?

11  A    He was upset about the reason why he got

12       fired.  But this was -- this was -- I mean,

13       not long after.  This was a while after, a

14       couple weeks, maybe a week or something.

15       But he was -- before -- I believe he found

16       a job before all this happened.  I'm not

17       exactly sure, but ...

18                     He was just upset because he

19       got -- the way he got fired.  That's what

20       he was upset at.  But that was before this

21       happened.

22  Q    Did you tell Mr. Sullivan that Eric had

23       been involved in a minor spill earlier on

24       the prior day?

70

1   A    I don't remember.

2   Q    Did Mr. Sullivan ask you that?

3   A    I don't remember.

4               MR. CLOHERTY:  Why don't we

5          take five minutes.

6               (Off the record)

7               (A short break was taken.)

8   Q    All right, sir, other than your meeting

9          with Bill Sullivan, did you have any -- and

10         writing out that statement you mentioned,

11         did you have any other involvement in any

12         investigation of the oil spill?

13  A    No.

14  Q    Did any other Sears management or

15         supervisors speak to you besides

16         Mr. Sullivan about the oil spill?

17  A    No.

18              MR. CLOHERTY:  Could I have

19         this marked as an exhibit.

20              (Exhibit No. 1, The statement

21               dated 10/17/03, was marked for

22               identification.)

23  Q    Sir, I'm going to show you what's been

24         marked as Exhibit No. 1 to your deposition

71

```
 1           and ask you to take a moment and look at

 2           that and tell me if you recognize it.

 3     A     Yes, that's the statement I gave.

 4     Q     And at the top left hand, there's

 5           handwritten your name, John W. Baldi, is

 6           that correct?

 7     A     Yes.

 8     Q     Is the rest of the handwriting on this

 9           document yours, sir?

10     A     Yes.

11     Q     And the date of the statement in the upper

12           right-hand corner is what, sir?

13     A     October 7, (sic) 2003.

14     Q     October 17th?

15     A     October 17th, excuse me, 2003.

16     Q     And that's the same day -- the day after

17           that you came into work after the incident,

18           correct?

19     A     Yes, this is one of the statements that --

20           the statement paper they had us fill out.

21     Q     Did you fill out any other written

22           statements besides this one, sir?

23     A     I believe this was the only one.

24     Q     And down at the bottom there's a signature
```

72

1          block.  Do you see that, sir?

2    A     Right here?

3    Q     Yes.

4    A     Yes.

5    Q     Is that your signature?

6    A     Yes.

7    Q     And there's a date and a time next to that,

8          is that correct?

9    A     Yes.

10   Q     And it's dated October 17, 2003, at

11         12:45 p.m.  Do you see that?

12   A     Yes.

13   Q     Is that consistent with your memory as to

14         when you filled this out?

15   A     It was after noon sometime, yes.

16   Q     Just so we can have a correct reading of

17         your handwriting, I'm going to ask if you

18         could slowly read your handwriting of the

19         incident into the record, please, sir.

20   A     "The night of October 16, 2003, I did one

21         oil change at around 5.  There was no spill

22         then.  I noticed a small spill at about

23         8:30, and was told by another tech that he

24         informed the LCSA of a mess down back.

1          Came to work the morning of the 17th and

2          was asked if and what time I did an oil

3          change the night before. I didn't notice

4          how large the spill became until about 8:30

5          that morning when I saw a tech cleaning it

6          up."

7                    I knew I came in after ---

8    Q     I want to interrupt you, sir. Your

9          statement ends, "I saw a tech cleaning it

10         up," correct?

11   A     Yes.

12   Q     Now, is there something you wanted to add,

13         sir?

14   A     I do remember, like I said before, I came

15         in. And I remember when I came in somebody

16         was cleaning it up. Well, Andy DiGaetano

17         was cleaning it up.

18   Q     And you were just about to say you came in

19         after what?

20   A     I knew I came in after -- I believe it was

21         after they started cleaning it up. I think

22         I came in late that day for some reason.

23   Q     It indicates in your statement that you

24         told another tech; do you see that, sir?

| | | |
|---|---|---|
| 1 | | Who informed the LCSA of the mess. Do you |
| 2 | | see that? |
| 3 | A | Yes. |
| 4 | Q | Who was the other tech that you told? |
| 5 | A | I was told by another tech. |
| 6 | Q | I'm sorry, who was the other tech who told |
| 7 | | you that an LCSA had been informed? |
| 8 | A | I think it was Mike Katsaris, I think. |
| 9 | | There was very few people working that |
| 10 | | night. And I think it was him. |
| 11 | Q | And the LCSA, leading CSA, is that what |
| 12 | | that is? |
| 13 | A | Possibly. That's Kevin, Kevin Sullivan. |
| 14 | Q | And you mentioned earlier -- you mentioned |
| 15 | | in this statement that you did not realize |
| 16 | | how big the spill had become. |
| 17 | | Do you see that, sir? |
| 18 | A | Yes. "I did not notice how large the spill |
| 19 | | became until about 8:30 that morning," |
| 20 | | meaning the next morning. |
| 21 | Q | Okay. |
| 22 | A | The spill was relatively small, like I |
| 23 | | said, and then it was really big the next |
| 24 | | day. |

75

1   Q    That's what I'm going to ask you about,

2        sir.

3                  The spill the next morning

4        that you saw, was that the same location as

5        the spill that you saw the night before you

6        closed up shop?

7   A    The night before -- when I saw it, it was

8        in the corner by the little shed or shack

9        with the door on it.  It was over there.

10       And when I saw it the next day, it was

11       everywhere.  It wasn't just there; it was

12       under the bays; it was out into the dead

13       bay; it was spread all over by the water.

14  Q    Okay.  Were you aware that the Saugus

15       Police were called about this incident,

16       sir?

17  A    I had no idea.

18  Q    Did you ever see any representative of the

19       Saugus Police come to Sears after this oil

20       spill?

21  A    I saw no law enforcement whatsoever.  As

22       far as police officers, I didn't see

23       anybody like that.

24  Q    And I take it from that response that you,

76

1             yourself, were not interviewed by any

2             officers of the Saugus Police Department?

3    A    Not about -- no, no.

4    Q    I'm directing the question towards about

5             being interviewed about this oil spill,

6             sir.

7    A    The only person that interviewed me was

8             Bill Sullivan.

9    Q    Were you aware of any other Sears employees

10            who were asked to speak to the police about

11            this incident?

12   A    I had no idea that other employees spoke to

13            the police.

14   Q    Did any employees ever later tell you that

15            I had to speak to the police about this

16            incident?

17   A    Not that I can remember.

18   Q    And I think I might have asked you this

19            earlier, but you don't know who Officer

20            Gary Mansfield is of the Saugus Police

21            Department?

22   A    No.  I've never seen him, to the best of

23            my -- no, I have no idea.

24   Q    And consistent with that, you never spoke

77

1      to him about this oil spill incident?

2   A  I don't believe so, no.  I remember talking

3      to someone who said they were with the

4      department for 15 years and now they're the

5      head of -- what do they call it -- loss

6      prevention.  But I think that was on a

7      different occasion.  I don't think that had

8      anything to do with this.  And I don't

9      remember who it was.  It was some short

10     bald guy.

11  Q  And was that a representative of Sears loss

12     prevention department?

13  A  I believe so.  I think that was another

14     occasion, though.  I don't think that had

15     anything to do with the oil.

16  Q  Were you aware that Eric Souvannakane was

17     served with a criminal citation as a result

18     of this oil spill?

19  A  Eventually, yes.

20  Q  And how did that come to your knowledge,

21     sir?

22  A  He told me.

23  Q  And can you describe when he told you or

24     what circumstances?

| | | |
|---|---|---|
| 1 | A | I honestly can't remember. |
| 2 | Q | Do you remember whether it was in person or |
| 3 | | on the telephone? |
| 4 | A | I think he told me in person. |
| 5 | Q | Did you speak to him at any length about |
| 6 | | the criminal charges? |
| 7 | A | I can't remember. |
| 8 | Q | Did he tell you about the criminal charges |
| 9 | | before they were resolved or was it after |
| 10 | | they had already been resolved in court? |
| 11 | A | I don't remember talking about any of |
| 12 | | this -- or any criminal anything like that |
| 13 | | when this whole thing happened with him. |
| 14 | Q | Can you estimate in a time frame when Eric |
| 15 | | Souvannakane first told you about a |
| 16 | | criminal citation? |
| 17 | A | I honestly don't know. I know when he -- |
| 18 | | the only thing I remember was when he was |
| 19 | | looking for a lawyer, he was talking about |
| 20 | | getting a court-appointed. And I said, |
| 21 | | Well, maybe you should ask my father; he |
| 22 | | might know. |
| 23 | | And that's the only thing I |
| 24 | | can remember as far as what happened with |

79

1           him going to court or whatever.

2    Q    And do you know if, in fact, Eric followed

3           up by speaking to your father?

4    A    Yes, I know he called him.  I don't know

5           what was said.  I was never involved in the

6           conversations, but I know he called him.

7    Q    Did you have any involvement in any of the

8           criminal proceedings, sir?

9    A    No, no.

10    Q    Were you ever served a witness subpoena to

11          testify in court?

12    A    No.

13    Q    Were you ever asked by Eric Souvannakane to

14          come to court on his behalf?

15    A    No.

16    Q    Did you, in fact, ever appear in court on

17          behalf of Eric Souvannakane?

18    A    No.

19    Q    Did any representatives from the district

20          attorney's office ever contact you about

21          this matter?

22    A    This is the first legal incident that I've

23          been involved with, as far as the oil

24          spill.  I haven't had any contact with

80

1              anyone else.

2    Q        Okay.  This deposition you're referring to?

3    A        Yes, yes.

4    Q        And are you aware of the outcome of the

5              criminal charges, sir?

6    A        As far as what happened when Eric went to

7              court?

8    Q        Yes.

9    A        I know that he got off of the charges.

10   Q        And how did you learn that?

11   A        He told me.

12   Q        And do you remember the circumstances when

13             he told you that?

14   A        I don't recall.

15   Q        Do you know if that was in person or by

16             telephone?

17   A        It was probably in person.  He was more

18             likely to show up spontaneously, just

19             randomly at my house.

20   Q        I was just going to ask you:  Was that at

21             your house or at the workplace?

22   A        He usually showed up at the house.  Every

23             so often he'd just show up at the house.

24   Q        Do you recall any particular conversation

CURRAN COURT REPORTING
(781) 279-8400

| | | |
|---|---|---|
| 1 | | with him about the outcome of the criminal |
| 2 | | trial? |
| 3 | A | Not really.  He said -- I mean, as far as I |
| 4 | | can remember, he said he's -- they didn't |
| 5 | | find him guilty and that was it.  We really |
| 6 | | didn't talk about it. |
| 7 | Q | Did he tell what witnesses were called to |
| 8 | | testify or anything like that? |
| 9 | A | No, he didn't get in-depth with anything |
| 10 | | like that. |
| 11 | Q | Were you aware of any employees of Sears |
| 12 | | being called to testify at the criminal |
| 13 | | trial? |
| 14 | A | I know Jose was involved, Jose Hernandez. |
| 15 | Q | And how do you know Jose Hernandez was |
| 16 | | involved? |
| 17 | A | Because he told me. |
| 18 | Q | And when did he tell you he was involved? |
| 19 | A | I believe at work. |
| 20 | Q | And what did he tell you? |
| 21 | A | He mentioned something about it.  He just |
| 22 | | mentioned something about court.  I don't |
| 23 | | recall exactly his words, but I know I |
| 24 | | found out at work that he was involved in |

| 1  |   | the whole incident. |
|----|---|---------------------|
| 2  | Q | And did Jose Hernandez ever tell you what |
| 3  |   | his involvement was in the incident? |
| 4  | A | Jose never told me anything like that. |
| 5  | Q | Did Jose ever tell you what he saw as far |
| 6  |   | as the oil spill went? |
| 7  | A | He never told me anything about the |
| 8  |   | incident. |
| 9  | Q | Did he ever tell you what his testimony was |
| 10 |   | at the criminal trial in this case? |
| 11 | A | No. |
| 12 | Q | Did he ever tell you about any |
| 13 |   | conversations he had with any Sears |
| 14 |   | management or supervisors about his |
| 15 |   | testimony? |
| 16 | A | No. |
| 17 | Q | Did Jose ever tell you he was required to |
| 18 |   | testify as part of his employment? |
| 19 | A | Jose never talked about anything. |
| 20 | Q | Did Eric Souvannakane ever tell you |
| 21 |   | anything about Jose Hernandez's testimony? |
| 22 | A | He never told me anything either. |
| 23 | Q | Other than Jose Hernandez, are you aware of |
| 24 |   | any other employees who were involved in |

```
1              the criminal proceedings?
2    A     I have no idea.  The only name that I know
3          of that was involved was his.  That's it.
4    Q     Do you know if Eric Souvannakane spoke to
5          any other Sears employees after his
6          termination besides you?
7    A     I have no idea.
8    Q     Did you ever socialize with Eric together
9          with other Sears employees after his
10         termination?
11   A     No.
12   Q     In other words, did all the auto techs get
13         together and go out to a concert or a show
14         or do anything together after Eric was
15         fired?
16   A     Not to the best of my knowledge.
17   Q     Do you have any knowledge of the cost of
18         the cleanup of the oil spill that you
19         testified about had to be done by an
20         outside contractor?
21   A     There was rumors around the shop that it
22         was thousands.
23   Q     Did you have any personal knowledge of how
24         expensive that was, sir?
```

84

| | | |
|---|---|---|
| 1 | A | To the exact dollar amount, I have no idea. |
| 2 | Q | Did anyone ever tell what you the expense |
| 3 | | was? |
| 4 | A | Not to the best of my knowledge. |
| 5 | Q | Do you have any knowledge, sir, of the |
| 6 | | volume of oil that was spilled that led to |
| 7 | | that cleanup? |
| 8 | A | As far as how much they cleaned up -- |
| 9 | Q | Yeah. |
| 10 | A | I have no idea how much they cleaned up. |
| 11 | Q | Do you know how much was spilled? |
| 12 | A | I have -- not in quarts or gallons.  I have |
| 13 | | no idea. |
| 14 | Q | Do you have any way of estimating the |
| 15 | | volume, sir? |
| 16 | A | I believe before I said something like |
| 17 | | 5 feet wide.  That's the best I can |
| 18 | | remember. |
| 19 | Q | I may have just asked you this and I |
| 20 | | apologize if I'm repeating myself. |
| 21 | | Did anyone ever tell you that |
| 22 | | they had spoken to the Saugus Police |
| 23 | | Department? |
| 24 | A | I believe you asked me that.  And no one |

1    ever mentioned the Saugus Police, as far as
2    I can remember.
3                MR. CLOHERTY:  That's all I
4    have for you, sir.
5                MS. TRAN:  Mr. Baldi, as you
6    know, my name is Liza Tran.  I represent
7    Sears in this matter.  I just have a couple
8    follow-up questions, so it shouldn't take
9    too long.
10                   CROSS-EXAMINATION
11                     BY MS. TRAN
12    Q    Getting back to your description of the
13         drum that you said Eric had either bumped
14         into or kicked over the night that he was
15         there on the night that you first saw the
16         oil spill, just so I'm clear, you said that
17         the 5-quart pan is usually kept inside of
18         another pan that's on top of the drum?  Is
19         that accurate?
20    A    It's a 5-quart -- it's like a -- almost
21         like a jug with a flexible nozzle that --
22         and a trigger, and you actually dump oil
23         into cars.  It holds up to 5 quarts.  And
24         usually people put it in the catch pan to

1      the waste oil drum.

2   Q   Okay.

3   A   Just so you know it's with -- they

4      coincide. You know, you drain it and then

5      you fill it up, usually it's kept there.

6      Sometimes it's hard to find.

7   Q   And the catch pan is the part on top of the

8      waste oil drum, the 20- or 30-gallon drum

9      that we were talking about earlier?

10  A   Yes, the catch pan catches the oil; it

11     transfers it down a pipe into the drum.

12  Q   And, literally, if you're doing an oil

13     change, you would put this thing underneath

14     where you were going to let the oil run out

15     of it, and it would catch in the catch pan

16     and then drain to the oil drum?

17  A   Yes, and it's adjustable. You would adjust

18     it up as high as you can get it up to the

19     oil pan so oil splash doesn't get on you or

20     the vehicle or the floor.

21  Q   And I believe you testified earlier that

22     he -- first you said that he bumped into it

23     and then you said he kicked it. And you

24     also testified that it wasn't -- you didn't

87

1    think it was malicious or anything.  Is

2    that accurate?

3 A He -- I can't remember if he gave it a

4    shove or he kicked it.  I remember he hit

5    it, and I remember it was -- as soon as he

6    did, he was like, Oh, wait a minute, this

7    is Larry's bay and he cleaned it up.  And

8    he was real quick to clean it up.

9       It was like a -- I don't know,

10    it was almost like he was kidding and then

11    he realized what he was doing and then he

12    stopped.

13 Q So it's your testimony that whatever --

14    whether he bumped into it or kicked it, it

15    was purposeful that he intended to bump it

16    or kick it?

17 A It was on the terms that he

18    was, like, kidding around, joking, and then

19    he cleaned it right up.

20 Q Who's Larry?

21 A Larry is the brake tech that sits in the

22    back of the shop.

23 Q Is there a particular reason why he would

24    have been disturbed by spilling oil in

1          Larry's area?
2     A    Well, I mean, Larry gets along with
3          everyone.  He's a nice guy.  The last thing
4          you want to do is make a mess in a guy's
5          bay.
6     Q    Do you know why he bumped into it or kicked
7          it, any particular reason besides just that
8          he was kidding around?
9     A    I don't recall what led up to the whole
10         thing.
11    Q    You had also testified that the day he
12         gave -- the day you lent him your father's
13         truck is the day you noticed the small oil
14         spill --
15    A    Yes.
16    Q    -- in the oil bay?  And you had testified
17         that you thought this was a couple weeks
18         after Eric was terminated, is that
19         accurate?
20    A    Back up, I missed you.
21    Q    Is it correct that you testified that you
22         thought it was a couple weeks after he was
23         terminated that you lent him the truck and
24         saw the oil spill?

89

```
 1   A    Yes, this was after.  It was at least a
 2        week after he was terminated, to the best
 3        of my knowledge.
 4   Q    So it wasn't the same day he was
 5        terminated?
 6   A    No.
 7   Q    And if I provided with you documentation
 8        that indicated that he was terminated on
 9        the same day, would you be surprised by
10        that?
11   A    Yes, I would actually.
12   Q    When Eric bumped into or kicked the oil
13        drum that we were talking about earlier,
14        was anybody else present in the shop and
15        saw him do this besides you?
16   A    As far as Sears employees?
17   Q    Yes, as far as Sears employees.
18   A    There was no one down in the back except
19        for me.  Mike Katsaris was changing oil all
20        night down in the back.  But he wasn't
21        there.  And I remember Jose was sitting up
22        on the podium up in front.  And I can't
23        recall where Mike was.  But I know he
24        wasn't in the back.
```

| | | |
|---|---|---|
| 1 | Q | Was anybody else in the shop besides those |
| 2 | | Sears employees that you mentioned at the |
| 3 | | time that the drum was knocked over? |
| 4 | A | Eric's cousin was with him. |
| 5 | Q | Who's Eric's cousin? |
| 6 | A | I have no idea.  I've never seen him |
| 7 | | before.  That was the only time. |
| 8 | Q | Was he with you guys the whole time? |
| 9 | A | Yeah, he was -- yeah. |
| 10 | Q | You don't know his name? |
| 11 | A | I have no idea. |
| 12 | Q | Was anyone else present in the shop? |
| 13 | A | It was just us three. |
| 14 | Q | Was Eric with you the entire time that |
| 15 | | evening that you are aware that he was at |
| 16 | | Sears? |
| 17 | A | Yes. |
| 18 | Q | So he never left your sight that night? |
| 19 | A | Not that I can remember. |
| 20 | Q | Except for when you presumably turned |
| 21 | | around when he was cleaning up the spill, |
| 22 | | is that correct? |
| 23 | A | Yes, yes. |
| 24 | Q | You also testified earlier that Eric was -- |

1       you said he was upset at the way he got
2       fired.
3                   What did you mean by that?
4   A   He was just upset that they would take --
5       they would believe a total stranger over
6       him.
7                   I mean, he was upset -- I
8       mean, when he got fired, he got upset.  But
9       it's nothing that he held to heart really.
10      He was upset at the time.  And that's it.
11  Q   By "total stranger," you mean the customer
12      who made the complaint?
13  A   Yes.
14  Q   Getting back to the day after you first
15      noticed the oil spill when you were
16      interviewed by Bill Sullivan, you said you
17      were interviewed at least twice that you
18      can recall?
19  A   Yes.
20  Q   Is that accurate?  Is that the first time
21      that you'd ever met Bill Sullivan?
22  A   Yes, formally met him, yes.
23  Q   Had you informally met him prior to that?
24  A   I might have seen him walking around

92

1              before, but I don't recall.

2                          I've never spoken to anyone --

3              the highest person, as far as Sears

4              employees that I've ever talked -- spoke

5              with was Barbara who works across the

6              street.  And then sometimes she comes

7              around and she's got a group of people with

8              her, which I think is Sears employees.

9              They're all in suits and stuff.

10    Q        "Barbara" meaning Barbara Tagliarino?  Is

11             that who you're speaking of?

12    A        I don't even know her last name.

13    Q        The general manager over at the main store?

14    A        Yes.

15    Q        Was anyone else present during your

16             conversations with Bill Sullivan, either

17             one?

18    A        I think Alicia was there.  I remember

19             somebody sitting next to him.

20    Q        Was she present for both conversations?

21    A        I don't recall.

22    Q        But at least one of them?

23    A        I'm pretty sure, yes.

24    Q        You testified earlier that in the second

| 1 | | interview you had with Bill he was furious, |
|---|---|---|
| 2 | | is that accurate? |
| 3 | A | Yes. |
| 4 | Q | Do you know why he was furious? |
| 5 | A | I have no idea. He was talking to people |
| 6 | | the whole day, calling people in and out of |
| 7 | | there. And I guess somebody upset him. |
| 8 | Q | Did you get the sense that he was furious |
| 9 | | at you specifically or just mad in general? |
| 10 | A | I honestly couldn't answer you about that. |
| 11 | | I mean, as far as -- I don't know. You |
| 12 | | could -- he could have been mad at the |
| 13 | | situation. I'm not sure if he was mad at |
| 14 | | me specifically. |
| 15 | Q | What made you think he was furious? What |
| 16 | | was he doing to make you think he was |
| 17 | | furious? |
| 18 | A | His face was red; he was just yelling. |
| 19 | Q | Yelling at you or just yelling? |
| 20 | A | He was directing his words towards me. I |
| 21 | | mean, I was the one he was asking |
| 22 | | questions. |
| 23 | Q | You said that in that second interview he |
| 24 | | said things to you, like, You could get |

```
 1              fired, tell him what he wants to know and

 2              that your job is at stake.  Do you recall

 3              those?

 4    A         Yes.  And on this statement right below

 5              here, it says, I have made this statement

 6              on my own free will, no threats or promises

 7              were made to me.

 8    Q         I understand that.  We'll get to the

 9              statement in a second.

10                        I just want to talk to you

11              about what Bill was saying to you, and then

12              we'll get to that statement.

13                        But do you recall him saying

14              those things to you?

15    A         He said something similar to that.

16    Q         Do you recall him saying anything else of

17              that nature?

18    A         That's all I can remember.

19    Q         So he basically told you that your job was

20              at stake and you could get fired and he

21              wanted you to tell him what he wanted to

22              know, meaning he wanted you to tell him

23              that you knew what happened, correct?

24    A         Yes.
```

CURRAN COURT REPORTING
(781) 279-8400

| 1 | Q | So he never told you to lie, did he? |
| 2 | A | He never told me to lie per se. He, kind |
| 3 | | of, hinted towards he knew Eric was down |
| 4 | | there that night, and he knows Eric did it. |
| 5 | | He knows Eric -- |
| 6 | Q | Did he say he knows Eric did it?  I'm |
| 7 | | sorry; I don't mean to interrupt you. |
| 8 | A | He says, I know Eric got fired; I know |
| 9 | | you're friends with Eric; and I know he was |
| 10 | | down here. |
| 11 | | I'm 100 percent sure he said |
| 12 | | those three things.  And after that, I'm |
| 13 | | not really sure. |
| 14 | Q | So you don't remember if he ever said, I |
| 15 | | know Eric did it, is that correct? |
| 16 | A | I don't recall. |
| 17 | Q | And you don't recall him ever telling you |
| 18 | | that he wanted you to tell him that Eric |
| 19 | | did it or you were going to be terminated, |
| 20 | | is that correct? |
| 21 | A | He hinted on the fact that, like I said |
| 22 | | before, he said, You know your job is at |
| 23 | | stake here.  You know you can get fired |
| 24 | | over this. |

96

|     |   |                                                        |
|-----|---|--------------------------------------------------------|
| 1   |   | And after -- whatever he said                          |
| 2   |   | after that, I don't recall.  I was                     |
| 3   |   | infuriated when he said that stuff to me.              |
| 4   | Q | If he had said to you, I want you to tell              |
| 5   |   | me Eric Souvannakane caused this oil spill             |
| 6   |   | or you're going to be terminated, would you            |
| 7   |   | have remembered that?                                  |
| 8   | A | Probably.                                              |
| 9   | Q | But you don't remember him saying that, is             |
| 10  |   | that correct?                                          |
| 11  | A | No, I don't remember him saying that, no.              |
| 12  | Q | And, in fact, you left the office without              |
| 13  |   | ever saying that Eric Souvannakane was the             |
| 14  |   | one that caused the oil spill, is that                 |
| 15  |   | correct?                                               |
| 16  | A | I never told Bill Sullivan that Eric caused            |
| 17  |   | the oil spill.                                         |
| 18  | Q | You're still employed at Sears?                        |
| 19  | A | Yes, I am.                                             |
| 20  | Q | And you were never disciplined as a result            |
| 21  |   | of leaving that office, is that correct?               |
| 22  | A | No, I wasn't.                                           |
| 23  | Q | And you were never disciplined as a result            |
| 24  |   | of not telling Bill that Eric Souvannakane             |

97

| | | |
|---|---|---|
| 1 | | was involved in the oil spill? |
| 2 | A | No, I wasn't. |
| 3 | Q | You also testified you don't recall whether |
| 4 | | or not you told Bill that Eric had been |
| 5 | | involved in a smaller spill earlier that |
| 6 | | night, is that accurate? |
| 7 | A | I don't recall telling him about that, no. |
| 8 | Q | Getting back to the statement, you read the |
| 9 | | portion on the bottom? |
| 10 | A | Yes. |
| 11 | Q | That says you have made this statement of |
| 12 | | your own freewill and no threats or |
| 13 | | promises were made to you as an inducement |
| 14 | | to give this statement? |
| 15 | A | Yes. |
| 16 | Q | I presume that was accurate at the time you |
| 17 | | signed this statement? |
| 18 | A | When we signed this -- this was before we |
| 19 | | even got called into the office and |
| 20 | | questioned.  You'd sign this, hand it in |
| 21 | | and then they'd start calling you. |
| 22 | Q | So at the time you signed this statement, |
| 23 | | no threats or promises were made to you? |
| 24 | A | No. |

98

| 1 | Q | Do you feel that there were any threats or |
| 2 | | promises made to you at any time during the |
| 3 | | course of the investigation? |
| 4 | A | Yes. |
| 5 | Q | When? |
| 6 | A | When he told me my job was at stake and he |
| 7 | | wanted to know who did it and my answer of, |
| 8 | | I don't know wasn't -- apparently wasn't |
| 9 | | good enough for him. |
| 10 | Q | Do you think he was trying to get to the |
| 11 | | truth of the matter? |
| 12 | A | He was obviously trying to get to the |
| 13 | | truth.  But as far as saying your job is at |
| 14 | | stake when I had nothing to do with this |
| 15 | | whole thing is -- |
| 16 | Q | Would your job be at stake if you did know |
| 17 | | something and you lied?  Is that what you |
| 18 | | took it to mean? |
| 19 | A | I never told him any kind of lies.  I told |
| 20 | | him exactly what it says on this paper. |
| 21 | Q | I understand that. |
| 22 | | What I actually asked was:  Do |
| 23 | | you think your job was at stake if you knew |
| 24 | | something that had happened but actually |

99

1         lied about it?

2    A    No.  Honestly, that's why I got mad because

3         he was -- I know he was -- he was saying

4         this stuff to me, and I didn't even know

5         what to tell him because I already told him

6         everything I knew about the whole fact of

7         the matter, and he insisted that I knew

8         stuff that I didn't know.

9    Q    And is it accurate that you then told him

10        you didn't know anything beyond what was in

11        the statement and you left the office?

12   A    Yes.  I said, Any other questions you have,

13        my statement is right there.  I don't want

14        to say that was word for word.  It was

15        something like that.  And I left; I walked

16        out of there.

17   Q    Do you recall meeting with me last week

18        when you told me that you didn't want Sears

19        to represent you at this deposition?

20   A    Yes.

21   Q    Do you recall that after you had told me

22        that, you also told me that Sears had even

23        contacted you to offer representation?

24   A    Yes.

100

| 1 | Q | Do you recall telling me that that was |
| 2 | | because you had a "beef" with somebody at |
| 3 | | Sears and you were surprised that they |
| 4 | | offered to represent you? |
| 5 | A | Yes, I was surprised that they sent someone |
| 6 | | to represent me because of this whole -- |
| 7 | | well, as far as this statement, I was |
| 8 | | surprised after that because I didn't |
| 9 | | understand how they could on one hand do |
| 10 | | that, say things of that matter to me, and |
| 11 | | then send somebody to represent me. |
| 12 | Q | So this was the "beef" that you were |
| 13 | | referring to? |
| 14 | A | Yes. |
| 15 | Q | So you feel as though you and Bill Sullivan |
| 16 | | have a "beef"? |
| 17 | A | Well, as far as -- not like a beef, but, I |
| 18 | | mean, as far as him saying things to me -- |
| 19 | Q | Him saying things like what? Can you be |
| 20 | | specific? |
| 21 | | MR. CLOHERTY: And your "him" |
| 22 | | is Bill Sullivan? |
| 23 | | MS. TRAN: Bill Sullivan, yes. |
| 24 | A | As far as Bill saying things like, Your job |

101

```
1            is at stake here.  I was offended by it, is
2            what I'm trying to say.  And I didn't
3            appreciate that.  And I didn't appreciate
4            the fact that he thinks I know what
5            happened and he was just making it out like
6            I was the bad guy.  And I had nothing to do
7            with the whole thing, and I -- I just took
8            offense to it.
9     Q     But at no time did Bill actually tell you
10          to lie?
11    A     No.
12    Q     And the whole entire time you spoke with
13          him and during your written statement you
14          told the truth?
15    A     Yes.
16    Q     What's your -- do you have a good
17          relationship with your coworkers generally
18          at Sears?
19    A     Yeah, I'd say I do.
20    Q     Is there anybody that you have any problems
21          with at Sears?
22    A     Not as far as that we don't get along.
23          But, I mean -- I mean, I get along with
24          pretty much everyone there.
```

102

| | | |
|---|---|---|
| 1 | Q | Managers included? |
| 2 | A | Yes, managers included. |
| 3 | Q | At any time during your employment with |
| 4 | | Sears, have you ever had any problems with |
| 5 | | any particular managers who have been |
| 6 | | employed in the auto shop? |
| 7 | A | Yes. |
| 8 | Q | Who? |
| 9 | A | Anthony Ceiri. |
| 10 | Q | What problems have you had with Anthony? |
| 11 | A | There was an incident when there was a dead |
| 12 | | vehicle outside that we had to push in.  We |
| 13 | | pushed the vehicle in. |
| 14 | | The owner of the vehicle came |
| 15 | | from the front -- the sales floor to the |
| 16 | | back of the shop, accused us of denting the |
| 17 | | vehicle. |
| 18 | | He had words with somebody. |
| 19 | | There was a fight.  The assistant manager |
| 20 | | at the time was a female.  She got punched |
| 21 | | and knocked to the ground. |
| 22 | Q | Do you remember the assistant manager's |
| 23 | | name? |
| 24 | A | Lucy, and I have no idea how to say her |

1    last name.  I remember her being upset, and

2    I was talking to her.  And then Anthony

3    came and asked me to service the car that

4    we pushed in.  And I said, Absolutely not.

5                   And he said, You're going to

6    do it or can you go home.  And I said, I'll

7    go home.  I tore my shirt off; I threw it.

8    I said, I'm out of here and I left.

9  Q   And when you said there was a fight, who

10     was the fight between?

11 A   The owner of the vehicle started throwing

12     fists.

13 Q   With whom?

14 A   I believe it was Andy DiGaetano, and I know

15     that Lucy got hit in the back.

16 Q   By the owner of the vehicle or by Andy?

17 A   By the owner of the vehicle.

18 Q   So you the two of them are -- the owner of

19     the vehicle throwing fits and Andy somehow

20     gets involved and Lucy somehow gets hit in

21     the fray basically?

22 A   Correct.

23 Q   And is the reason why you refused to

24     service the vehicle was because you felt

| | | |
|---|---|---|
| 1 | | you shouldn't have to because the owner of |
| 2 | | the vehicle caused Lucy to get hit? |
| 3 | A | I mean, it's pretty much ethics. I'm not |
| 4 | | going to help somebody who hit my assistant |
| 5 | | manager and knocked her to the ground, and |
| 6 | | while she was crying. |
| 7 | | He asked me in front of her. |
| 8 | | He said, You have to service this. I said, |
| 9 | | Absolutely not. |
| 10 | Q | Did anything ever happen to you as a result |
| 11 | | of your refusing to service the vehicle? |
| 12 | A | I left. He said, You can service this or |
| 13 | | you can go home. |
| 14 | | I left; I went home. As soon |
| 15 | | as I got home, he called me back to work. |
| 16 | | He apologized, said he was wrong. But he |
| 17 | | had to have somebody service it because of |
| 18 | | his boss. |
| 19 | Q | What do you mean by "his boss"? Anthony's |
| 20 | | boss, you mean? |
| 21 | A | I think he was referring to John Reid, the |
| 22 | | regional manager. I just didn't |
| 23 | | understand -- I don't understand why you'd |
| 24 | | want to help somebody like that. |

105

| | | |
|---|---|---|
| 1 | Q | You were never issued a warning or anything |
| 2 | | like that for failure to service the |
| 3 | | vehicle? |
| 4 | A | Not that I know of. |
| 5 | Q | Is that the only problem you've ever had |
| 6 | | with Anthony? |
| 7 | A | That's about the only big problem we've |
| 8 | | ever had.  There's never been an incident |
| 9 | | where he's said, You're going to go do this |
| 10 | | and I say, No, other than that.  I mean -- |
| 11 | | he's -- all of us mess around with him. |
| 12 | Q | What do you mean by "mess around"? |
| 13 | A | Poke fun. |
| 14 | Q | Outside of his presence or with him? |
| 15 | A | With him. |
| 16 | Q | Is it fair to say Anthony is mostly one of |
| 17 | | the guys? |
| 18 | A | Some -- it depends on his mood. |
| 19 | Q | Is there any other manager at Sears that |
| 20 | | you've had any problems with? |
| 21 | A | No. |
| 22 | Q | Are you ever aware of any Sears employees |
| 23 | | making any racial slurs against Eric? |
| 24 | A | He told me one of the sales associates. |

106

| | | |
|---|---|---|
| 1 | Q | Do you know what the sales associate's name |
| 2 | | was? |
| 3 | A | Sal Pani. |
| 4 | Q | Can you spell his last name? |
| 5 | A | P-a-n-i. |
| 6 | Q | Is Sal still employed at Sears? |
| 7 | A | I believe so. |
| 8 | Q | Is that the only incident that you're aware |
| 9 | | of? |
| 10 | A | As far as I can remember. |
| 11 | Q | And Sal is a sales associate, you said? |
| 12 | A | Yes. |
| 13 | Q | In the auto shop or in the main store? |
| 14 | A | In the auto.  Everyone that I've referred |
| 15 | | to works in the auto, except for Barbara. |
| 16 | Q | And Sal is not a supervisor or a manager? |
| 17 | A | He's -- there have been incidents where he |
| 18 | | acts as, like, almost an assistant manager, |
| 19 | | kind of, what Kevin does.  He'll open and |
| 20 | | close sometimes. |
| 21 | Q | But he, himself, doesn't have the authority |
| 22 | | to hire or fire people? |
| 23 | A | No. |
| 24 | Q | You had also said that the day after you |

1    first noticed the oil spill, the day you

2    were interviewed by Bill, that when you

3    came in, it was already being cleaned and

4    that it had spread because it was being

5    cleaned, is that accurate?

6  A  It definitely spread because it was being

7    cleaned.  I can't recall if I came in and

8    it was being cleaned or I came in and then

9    it started being cleaned.

10 Q  I guess the question I want to ask is --

11   what I want to get at is whether or not

12   you're actually aware of whether the spill

13   you saw the next day originated from the

14   same place that you saw the spill the next

15   night before?

16         Were you able to make that

17   determination based on the way it looked

18   when you came in the next day?

19 A  It definitely originated from the oil bays.

20 Q  From the oil bays, but you don't know if it

21   originated from the same location, is that

22   correct?

23 A  There's no other way it could have --

24   something that big could have came out

CURRAN COURT REPORTING
(781) 279-8400

1          of --
2      Q   When you said where it was, you said it was
3          over by the locker, by the storage shed,
4          right?
5      A   Yes.
6      Q   Is that the shed where the main oil drum
7          was kept?  You said there was a big drum
8          that gets emptied by a company every so
9          often?
10     A   Yes.
11     Q   Is that the only thing that's kept in that
12         particular shed?
13     A   I believe the new oil comes from out of
14         there, because when you pump it, you can
15         hear it.
16     Q   So you think that's both where the waste
17         oil is kept and the new oil is kept?
18     A   I'm pretty sure.  The only other tank that
19         sits down there that says "waste" is for
20         coolant.
21     Q   The morning that you came in and saw that
22         the oil spill was being cleaned, where were
23         you working during the course of that day?
24     A   They had the yellow tape blocking off a lot

```
 1            of the bays.  Pretty much it was the first
 2            two bays.
 3    Q       The first two bays were blocked off?
 4    A       No, the first two bays were the only ones
 5            we could really work in.
 6                         I can't recall as far as how
 7            many alignment bays were open.  I remember
 8            the middle bays were closed.  There wasn't
 9            really much work going on that day.  We
10            were all, kind of, just outside talking
11            amongst either other about the whole thing,
12            really just slacking off, to be honest with
13            you.
14    Q       Did you ever talk to Eric Souvannakane
15            about the lawsuit that he's filed?
16    A       No, not really.
17    Q       What do you mean by "not really"?
18    A       We don't really talk about the legal stuff
19            he's going through.
20    Q       I don't mean to belabor the point, but you
21            don't talk about it or you don't really
22            talk about it?
23    A       We don't talk about it.  We don't really --
24            we don't talk about it.  We talk about
```

110

1    stuff, like, you know, kids and jobs
2    and ...
3  Q  So Eric has never told you what the basis
4    of the lawsuit was? Is that accurate?
5  A  No, he -- no, he hasn't.
6  Q  Had you ever heard Eric discussing his
7    lawsuit with anybody else?
8  A  No.
9                MS. TRAN:  That does it for
10   me.
11               MR. OLSON:  Mr. Baldi, I'm
12   Kurt Olson, and represent Eric Souvannakane
13   in this matter.
14               I'd like to clarify a couple
15   of points, if I could.
16                 CROSS-EXAMINATION
17                   BY MR. OLSON
18 Q  When Attorney Cloherty asked you about your
19   conversation with Eric on the day of these
20   spills, you said that you were doing one of
21   these (indicating), and you referred to
22   covering your face with your hand but only
23   part of your face?
24 A  Yes.

1    Q    And then when Attorney Tran asked you about

2         that, you said that you might not have had

3         Eric in your sight the whole time.  But if

4         only one eye was covered, did you still

5         have him in your sight?

6    A    He was in my sight.  I didn't walk away

7         from him.  I, kind of -- I turned around

8         and put my hand on my head, like -- almost

9         like an, Oh, no, kind of thing, kind of

10        laughed a little bit, and he was already

11        cleaning it up.

12   Q    So the amount of time that would have

13        elapsed between your not seeing Eric and

14        you're seeing him again would have been --

15        could you estimate that length of time?

16   A    A couple seconds.

17   Q    Do you recall any conversations with other

18        Sears employees, fellow employees you may

19        have had on the day that you saw the spill?

20   A    I honestly don't recall.

21   Q    Okay.  You also mentioned, in a question

22        from Attorney Cloherty, you estimated the

23        distance between the two spills:  The one

24        that Eric had either knocked or kicked over

1          in the barrel and the larger of the two

2          spills back by the shed as maybe being two

3          bays.

4                         Could you clarify that

5          distance for me in terms of feet, yards,

6          whatever is convenient?

7    A     I believe I said 25, 30 feet maybe.  Like I

8          said before, there was -- there was a whole

9          bunch of stuff down there at that time.

10         They drop off cleaner, Super Clean.  It's

11         like a degreaser.  They drop off new drums

12         of oil.  The 520 oil and the synthetic oil

13         are kept in its own separate drum and you

14         pump it out.  There was a whole bunch of

15         stuff down there, a trash barrel, a whole

16         bunch of stuff down there.

17   Q     And how about the time that elapsed in

18         between your seeing Eric and him knocking

19         over that barrel or that 5-quart container

20         and the time that you found the spill and

21         discovered the spill out back?

22   A     I discovered the spill at the end of the

23         night.  It was definitely the end of the

24         night, and we all wanted to leave, and we

1      left.

2  Q   Okay.

3  A   He left, I don't know, maybe an hour before

4      we closed.  I'm not exactly sure.

5  Q   And at that time, I think you said the

6      closing hour changed.  Was it 7 at that

7      time or was it 8?

8  A   The closing hours -- I believe it was 8.

9      It could have been 9.  They changed the

10      schedule so many times, I honestly can't

11      remember.

12  Q   Okay.  And one last question:  You have

13      testified that the shed is where you saw or

14      near the shed is where you located the

15      larger of the two spills?

16  A   Yes.

17  Q   Is that near the place where the company --

18      the independent company that comes and

19      picks up the waste oil, is that where they

20      would pick this up?  I think you said the

21      larger container was back there?

22  A   Yes, that's the only place they could pick

23      it up.  We keep all the stuff down there.

24  Q   And when that independent company comes to

1        pick up the waste oil, does it back into

2        the area to pick up the waste container or

3        is it like one of those large dumpster-type

4        of things that comes forward and picks it

5        up?

6                    MR. CLOHERTY:  Objection.

7    A   I think that -- I think it's a different

8        person, to be honest with you, that comes

9        every time.  I saw them pick it up once.

10       It looked just like a fuel truck, and he

11       backed up to the bay, and he had a long

12       hose.  That's the only time I've ever seen

13       him there, that I can remember.

14   Q   So that one time that you saw this person

15       coming and picking up the oil, they would

16       insert a hose -- I'm sorry.

17                   Could you describe exactly how

18       the process worked.

19   A   I didn't see him suck it out.  I saw him

20       with a hose just like he's filling up gas

21       into your house, the oil into your house.

22       And it was a truck that looked similar to

23       the oil truck to your house.  That's as far

24       as I can remember.

115

1                    MR. OLSON:  Thank you.  That's

2      all I have.

3                    MR. CLOHERTY:  I don't have

4      anything further for you, sir.

5                    THE REPORTER:  Did you want a

6      copy of the transcript.

7                    MR. OLSON:  Yes, mini and

8      index.

9                    MS. TRAN:  Yes, mini and

10     index.

11                   (Whereupon the deposition

12     concluded at 12:26 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

1                    SIGNATURE PAGE/ERRATA SHEET

2    Re: Eric Souvannakane
     VS: Sears Roebuck & Company, et al.
3    4/18/06 - Deposition of JOHN W. BALDI

4       I, JOHN W. BALDI, do hereby certify that I have read
     the foregoing transcript of my testimony and it is a
5    true and correct record of my testimony (with the
     exception of the corrections, if any, listed below).
6
     PAGE    LINE    CORRECTION
7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21

22
        Signed under the pains and penalties of perjury
23   this ___ day of _____ 20___.

24   _____
                        JOHN W. BALDI


                     CURRAN COURT REPORTING
                        (781) 279-8400

1               C E R T I F I C A T E

2

3    COMMONWEALTH OF MASSACHUSETTS
     COUNTY OF NORFOLK

4

5      I, Lorreen Hollingsworth, a CSR/RPR and Notary

6    Public in and for the Commonwealth of Massachusetts,

7    do hereby certify:

8      That JOHN W. BALDI, the witness whose deposition is

9    hereinbefore set forth, was duly sworn by me and that

10   such deposition is a true record of the testimony

11   given by said witness.

12     I further certify that I am not related to any

13   parties to this action by blood or marriage, and that

14   I am in no way interested in the outcome of this

15   matter.

16     IN WITNESS WHEREOF, I have hereunto set my hand and

17   affixed my seal of office this 8th day of May, 2006.

18

19

20

21

22                                 _____
                                   Lorreen Hollingsworth

23

24   My commission expires:
     July 19, 2007


                      CURRAN COURT REPORTING
                         (781) 279-8400