# Exhibit F

**Saugus Police Department**
NARRATIVE FOR PATROLMAN GARY E MANSFIELD

Page: 1
10/17/2003

Ref: 03-1692-OF

RP- Alicia Coviello stated that a recently terminated employee of Sears Automotive (Eric Souvannakane) returned to the business on 10/16/03 and caused damage to the company by willfully and maliciously tipping a 30 gallon barrel that contained used motor oil. The spill required Sears to hire a hazardous waste company, which cost Sears approximately 3,000.00. The incident was witnessed by employee Jose Hernandez who supplied a written statement implicating Souvannakane.
On behalf of Sears I request that a show cause hearing be scheduled for this incident.

Mansfield/4477