# Exhibit G

a Customer came In last night 10/14/03 for a Flat Repair. Tire could not be Repaired G.Caleo notified Customer that Tire could not be Repaired Customer and G. Caleo had argument about purchase a new tire. Frank could not Repair Tire Customer was unhappy Frank said the F-word out loud. Eric came over argued with the Customer and he Said at the Customer the F-word. the Customer was unhappy and she wanted To Talk to management. Andy Spoked to the Customer To Calm her down she said that Eric had no Right to talk the her in a Bad way. G. Caleo Told Eric to go Back to work and that Andy and himself would take care of the Customer.

*[signature]*

10-15-03