# Exhibit I

Michael

# STATEMENT

DATE OF STATEMENT: 10-17-03

I, Michael Katsaris, an associate of Sears, Roebuck and Co., freely make the following statement to Bill Sullivan who I know to be a representative of Sears, Roebuck and Co.

I have been employed at Sears June 12, since _____ as a _____; my associate number is S/S0007 and my Social Security number is _____.

On this date _____ requested my cooperation in discussing a situation that occurred during my employment with Sears. My statement pertaining to this situation follows:

9:15 pm  I was doing a tire job on kick over a Bay gates Dan in front of I saw a large Bay some body cleared it out. when I was punching out at 9:00 I checked I oil Bay The tire was leaning against the window and there was a Pubal under it. I found Kedrin alternate

I have read this statement, the contents of which are true facts, that have been discussed with X Bill Sullivan _____ and me on this date

I have made this statement of my own free will. No threats or promises were made to me, as an inducement to give this statement.

SIGNED: [signature]   DATE: 10/17/03   TIME: 4:50
WITNESS: [signature]
WITNESS: _____   DATE: _____   TIME: _____

11118
Sears Forms Management
Contains Post Consumer Recycled Paper