# Exhibit B

1

**COPY**

VOL. I
Pp. 1 - 117
Exhibits 1 - 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 0412164MLW

* * * * * * * * * * * * * * * * * * * *

ERIC SOUVANNAKANE,

        Plaintiff

VS.

SEARS ROEBUCK & COMPANY, WILLIAM
SULLIVAN, RICHARD SPELLMAN,
BARBARA TAGLIARINO, KEVIN
SULLIVAN, ALICIA COVIELLO, GARY
MANSFIELD,

        Defendants

* * * * * * * * * * * * * * * * * * * *


        Deposition of JOHN W. BALDI, a witness called by

counsel for the Defendants, Gary Mansfield, pursuant

to the applicable rules, before Lorreen Hollingsworth,

CSR/RPR, CSR NO. 114793, and Notary Public in and for

the Commonwealth of Massachusetts, at the Law Offices

of Pierce, Davis & Perritano, LLP, Ten Winthrop

Square, Boston, Massachusetts, on Tuesday, April 18,

2006, at 10:15 a.m.

2

1    APPEARANCES:

2

3    KURT S. OLSON, ESQUIRE
        500 Federal Street
4        Andover, Massachusetts 01810
        (978) 681-0800
5        On behalf of the Plaintiff

6    JOHN J. CLOHERTY, III, ESQUIRE
        Pierce, Davis & Perritano, LLP
7        Ten Winthrop Square
        Boston, Massachusetts 02110
8        (617) 350-0950
        On behalf of the Defendant,
9        Gary Mansfield

10   LIZA J. TRAN, ESQUIRE
        Sugarman, Rogers, Barshak & Cohen, P.C.
11       101 Merrimac Street
        Boston, Massachusetts 02114
12       (617) 227-3030
        On behalf of the Defendants,
13       Sears Roebuck & Company, William Sullivan, Richard
        Spellman, Barbara Tagliarino, Kevin Sullivan, and
14       Alicia Coviello

15
     Also Present:
16
        John A. Baldi,
17       Father of Deponent

18

19

20

21

22

23

24

                    CURRAN COURT REPORTING
                        (781) 279-8400

3

1                          I N D E X

2

3    Deposition of:              DIRECT            CROSS

4    JOHN W. BALDI

5    (by Mr. Cloherty)              4

6    (by Ms. Tran)                                85

7    (by Mr. Olson)                               110

8

9

10                        E X H I B I T S

11

12      No.                                  For Ident.

13

14       1   The statement dated 10/17/03              70

15

16

17          Exhibits retained by Attorney Cloherty

18

19

20

21

22

23

24

                     CURRAN COURT REPORTING
                        (781) 279-8400

4

1                    S T I P U L A T I O N S

2            It is hereby stipulated and agreed

3       by and between counsel for the respective

4       parties that the deposition will be read

5       and signed by the witness, under the pains

6       and penalties of perjury, and that the

7       sealing, filing, and notarization of the

8       deposition are waived.

9            It is further stipulated and agreed

10      that all objections, except as to form, and

11      motions to strike are reserved until the

12      time of trial.

13                      JOHN BALDI,

14      a witness called on behalf of the

15      Defendant, Gary Mansfield, having first

16      been duly sworn, deposes and says as

17      follows:

18                 DIRECT EXAMINATION

19                 BY MR. CLOHERTY

20   Q   Good morning, sir.  Could you please state

21       your name for the record.

22   A   John W. Baldi.

23   Q   And what does the W. stand for?

24   A   Wayne.

                    CURRAN COURT REPORTING
                       (781) 279-8400

5

1          MR. CLOHERTY:  Before we go

2     any further, I'm going to place an

3     objection on the record.  Present in the

4     deposition room is the deponent's father,

5     from my understanding, Mr. John A. Baldi,

6     Sr., who has been identified as an expert

7     witness in the case by the plaintiff's

8     attorney, Mr. Olson.  And I'm objecting to

9     this witness' presence in the deposition.

10          I've asked him to excuse

11     himself out to the lobby during the course

12     of the deposition.  He's refused to do so.

13          In lieu of seeking a

14     protective order, I'm going to go forward.

15     I'm just noting my objection on the record.

16          But to the extent that this

17     witness becomes disruptive with the

18     proceedings, I'm reserving my right to seek

19     a protective order in court.

20  Q   Sir, have you ever given a deposition

21     before today?

22  A   No.

23          MR. CLOHERTY:  I'm going to go

24     over with you some of the rules of the

6

1          deposition, how I expect it to proceed.

2          I'm going to ask that you answer all

3          questions verbally rather than with a

4          simple nod of the head or an unh-unh. And

5          that way, the court reporter can take down

6          what is said. Okay?

7                    THE WITNESS: Okay.

8                    MR. CLOHERTY: I'll ask that

9          you try and wait until I finish my question

10         before you answer. And that way, even

11         though you can anticipate what I'm going to

12         ask, we're not talking over each other,

13         and, again, the court reporter can record

14         what each of us is saying. Okay?

15                    THE WITNESS: Okay.

16                    MR. CLOHERTY: If you don't

17         understand my question for any reason, I'd

18         ask that you let me know, and I'll try and

19         rephrase it. Okay?

20                    THE WITNESS: Okay.

21                    MR. CLOHERTY: Otherwise, I'm

22         going to expect that the answer you're

23         giving is in response to the question I've

24         asked. Fair enough?

```
 1                    THE WITNESS:  Yes.
 2                    MR. CLOHERTY:  You'll have an
 3         opportunity to review the transcript of
 4         this deposition for accuracy after it's
 5         completed.
 6                    Would you like an opportunity
 7         to do so, sir?
 8                    THE WITNESS:  Yes.
 9                    MR. CLOHERTY:  Ordinarily we
10         extend 30 days in which to do so.  And
11         you'll be given an errata sheet, and an
12         opportunity to make any corrections, and
13         you have to sign off that you read it and
14         it's accurate or not accurate.  Okay?
15                    THE WITNESS:  Yes.
16                    MR. CLOHERTY:  We'll
17         coordinate that after the deposition and
18         when you can either come to the court
19         reporter's office and review the transcript
20         or whatever methods we can get to have you
21         review the transcript.  Okay?
22                    THE WITNESS:  Okay.
23    Q    Now, before coming to testify here today,
24         sir, did you do anything to prepare for
```

8

```
1           your deposition?

2    A      Not really.

3    Q      Did you speak to anybody about the content

4           of your testimony today?

5    A      Just my father.

6    Q      And what did you and your father talk

7           about?

8    A      He just told me what it's like to be in a

9           deposition.

10   Q      Your father is not representing you today

11          as an attorney, is he, sir?

12   A      No.

13   Q      Did you talk to your father at all about

14          the content of your testimony?

15   A      No.

16   Q      Did you talk to anyone else about the

17          content of your testimony?

18   A      No.

19   Q      Did you talk to the plaintiff, Eric

20          Souvannakane, prior to coming here to

21          testify?

22   A      No.

23   Q      Did you review any documents before coming

24          to testify?
```

9

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Are you on any medications today, sir? |
| 3 | A | No. |
| 4 | Q | And where do you currently live, sir? |
| 5 | A | Melrose, 19 Ledge Street, Melrose, Mass. |
| 6 | Q | How long have you lived at that address |
| 7 | | for? |
| 8 | A | Pretty much all my life. |
| 9 | Q | And who do you live there with? |
| 10 | A | My parents, my brother. |
| 11 | Q | And what's your date of birth, sir? |
| 12 | A | October 7, 1982. |
| 13 | Q | And can you tell me a little bit about your |
| 14 | | educational background, sir?  Where did you |
| 15 | | go to school? |
| 16 | A | I went to school in Melrose.  I went to |
| 17 | | grade school in Melrose.  I went to high |
| 18 | | school in Melrose, graduated high school |
| 19 | | and then I went to the military.  And then |
| 20 | | I got out of the military, worked for |
| 21 | | Sears.  Then I went back to school and |
| 22 | | currently work at Westminster Dodge. |
| 23 | Q | I want to take you through that in a little |
| 24 | | more detail, sir. |

| | | |
|---|---|---|
| 1 | | When did you get out of |
| 2 | | Melrose High School? |
| 3 | A | 2001. |
| 4 | Q | And you said thereafter you served in the |
| 5 | | military, sir? |
| 6 | A | Yes. |
| 7 | Q | What branch of the military? |
| 8 | A | U.S. Marines. |
| 9 | Q | And for what years did you serve in the |
| 10 | | Marines? |
| 11 | A | I served from '01 to the end of October of |
| 12 | | '02. |
| 13 | Q | And were you discharged from the Marines, |
| 14 | | sir? |
| 15 | A | Yes. |
| 16 | Q | Are you still in the Marine Reserves? |
| 17 | A | No. |
| 18 | Q | And what kind of discharge did you receive? |
| 19 | A | OTH. |
| 20 | Q | What does "OTH" mean? |
| 21 | A | Other than honorable discharge. |
| 22 | Q | Did you serve in any combat or war zones? |
| 23 | A | No. |
| 24 | Q | Now, you said after leaving the Marines, |

11

| | | |
|---|---|---|
| 1 | | sir, you next became employed with Sears? |
| 2 | A | Yes. |
| 3 | Q | How soon after you got out of the Marines |
| 4 | | did you -- |
| 5 | A | A week. |
| 6 | Q | And so it would be approximately in October |
| 7 | | of '02 that you began your employment? |
| 8 | A | It was more like November 1st.  It was the |
| 9 | | first week in November, sometime, I |
| 10 | | believe. |
| 11 | Q | And what position did you take with Sears |
| 12 | | when you were hired there? |
| 13 | A | As a -- they have three tech levels.  It's |
| 14 | | a Tech 1.  You do, like, tires, batteries, |
| 15 | | oil, miscellaneous little items. |
| 16 | Q | And how long did you remain employed with |
| 17 | | Sears? |
| 18 | A | I am currently still employed with Sears. |
| 19 | Q | You mentioned also after Sears you returned |
| 20 | | to school? |
| 21 | A | Yes.  I returned to school and stayed at |
| 22 | | Sears part time, sold at Sears part time. |
| 23 | Q | When you said you went back to school, |
| 24 | | where did you go back to school at? |

CURRAN COURT REPORTING
(781) 279-8400

12

1   A    I went to Mass. Bay Community College. I'm
2        still in Mass. Bay.
3   Q    Is that as a full-time student?
4   A    I'm still in makeup classes and night
5        school. I do night classes.
6   Q    And are you pursuing a degree there?
7   A    Yes, associate's degree.
8   Q    And is there any particular area of
9        specialty in that associate's degree? Is
10       it business or --
11  A    It's automotive technology.
12  Q    And how long have you been enrolled in
13       Mass. Bay Community College for?
14  A    I believe it was 2003 or 2004 -- 2003.
15  Q    To the present?
16  A    To the present, yes.
17  Q    Now, you mentioned also that you were
18       employed by Westminster Dodge?
19  A    Yes.
20  Q    Is that a full-time position?
21  A    Yes.
22  Q    And what do you do there?
23  A    I'm an automotive technician.
24  Q    And is that five days a week? Or how does

13

1           that work?

2    A      It's five days a week.  I'm technically on

3           a co-op schedule because the co-op doesn't

4           end until, I believe, next month, for the

5           automotive program.  But I'm technically

6           still in automotive classes.

7    Q      So your employment at Westminster Dodge is

8           part of your co-op with the community

9           college?

10   A      Yes, but it's -- it's an actual job.  You

11          have to go out and get the job, but it's --

12          the experience you get from there applies

13          to the college.

14   Q      You get credits for it at college?

15   A      Yes.

16   Q      And your current employment with Sears, you

17          mentioned that's currently part time,

18          correct?

19   A      Yes, sir.

20   Q      What are the hours or what's the part-time

21          work?

22   A      I just work Sundays down there.  I just got

23          on the Sunday schedule.  I used to work

24          just weekends.

14

1    Q    And when did you first change from

2         full-time to part-time work at Sears, sir?

3    A    When I started college.

4    Q    Do you remember what month?  You mentioned

5         earlier it was 2003 that you started.  Do

6         you remember what month that was?

7    A    I believe it was September.

8    Q    And when you first switched to part-time

9         employment in September of 2003, what was

10        your schedule at Sears.

11   A    It was just weekends and sometimes like a

12        night, I'd try to squeeze in a Tuesday

13        night.  I believe it was Tuesdays.

14   Q    And at the time you were -- after being

15        hired as a Tech 1 at Sears, did you ever

16        get any promotions or change in pay?

17   A    No, they don't do meritorious promotions.

18        You've got to do, like, classes for what's

19        involved with the next tech level, which I

20        did Tech 2 level classes and did all that,

21        but I still received Tech 1 pay.

22   Q    Just to clarify that testimony, are you

23        saying you were qualified to be a Tech 2,

24        but you never received that position?

| | | |
|---|---|---|
| 1 | A | Yes, I qualified to do Level 1 and Level 2 |
| 2 | | jobs, I get paid for Level 2 jobs, but I |
| 3 | | don't get the hourly pay as a Level 2. |
| 4 | Q | And still today, is your position at Sears |
| 5 | | a Tech 1 position? |
| 6 | A | Yes. |
| 7 | Q | Do you hold any licenses or certifications |
| 8 | | for your profession or trade, sir? |
| 9 | A | No. |
| 10 | Q | Now, I ask this of all witnesses, sir. |
| 11 | | Have you been convicted of a |
| 12 | | misdemeanor in the past five years? |
| 13 | A | No. |
| 14 | Q | Have you been convicted of a felony since |
| 15 | | age 18 to today? |
| 16 | A | No, never convicted of a felony. |
| 17 | Q | Are you aware, sir, that I'm representing |
| 18 | | Officer Gary Mansfield, employed by the |
| 19 | | Saugus Police in this action? |
| 20 | A | Yes. |
| 21 | Q | Have you, yourself, ever been arrested by |
| 22 | | any member of the Saugus Police? |
| 23 | A | No. |
| 24 | Q | And do you know who Officer Gary Mansfield |

16

1           is?

2    A      I don't believe I've ever seen him before.

3    Q      Now, when you were employed by Sears, when

4           you first started employment there, did you

5           have a supervisor?

6    A      We had an assistant manager and a manager.

7           As far as a supervisor, I'm not really sure

8           what -- who would fall under that position.

9    Q      When you were first hired, who was the

10          assistant manager that you worked for?

11   A      Bill Dooley was the assistant manager.

12   Q      And who was the manager at the time you

13          were first hired?

14   A      The manager's name was Rick Mead.

15   Q      And as far as your day-to-day activities at

16          Sears, did anyone give you direction on

17          what jobs to be doing?

18   A      The jobs that come back get put on the

19          board, you go up to the board, you take a

20          job, you do the job, you put the keys up

21          front.

22                      It's not, like, regulated.

23          They just put it up there; you take the

24          next one in line.


CURRAN COURT REPORTING
(781) 279-8400

17

1    Q    Was there any seniority among the techs

2         doing the work as to who was assigned

3         various jobs?

4    A    No, not really.  It was just if you're of

5         that skill level, you would take jobs,

6         like, the Skill Level 3s would take the

7         alignments, then the 2s would get mixed up

8         really.  They do, like, basically Level 1

9         stuff.  And then Level 1s would grab tires

10        or oil, and someone would be working the

11        battery lane.

12   Q    During your employment at Sears, did the

13        positions of assistant manager and manager

14        change?

15   A    Yes, many times.

16   Q    About the time that you switched to your

17        part-time employment in September 2003, do

18        you recall who the assistant manager and

19        manager were?

20   A    The manager was Anthony Ceiri.  He's been

21        the manager ever since Rick left.  And the

22        assistant manager was Dave Herrick.

23   Q    And has Mr. Ceiri continued to be the

24        manager until today?

18

1   A   Yes.

2   Q   I might have already asked you this and I

3       apologize.

4               When you first switched

5       employment in September of 2003, do you

6       remember how many hours a week you were

7       working?

8   A   I worked double shifts Saturdays, and I'd

9       work 10 to 5 on Sundays.  Double shifts was

10      7:30 to 7 on Saturdays.  I don't think they

11      were open until 8 then.  They used to be

12      open late on Saturdays and they switched

13      it.  I can't remember when.

14  Q   And on Sundays, again, if I could ask you

15      to restate that.  You worked what?

16  A   Sundays is 10 to 5.

17  Q   And you mentioned you believe you might

18      have worked one weeknight as well?

19  A   Yes, when I got out of classes early,

20      depending on the academic schedule compared

21      to the automotive, sometimes we'd get out

22      of academics early and I could make it down

23      there early to work four or five hours,

24      depending ...

| | | |
|---|---|---|
| 1 | Q | Now, do you know Eric Souvannakane? |
| 2 | A | Yes, I do. |
| 3 | Q | And how is it that you know him? |
| 4 | A | I know him through Sears. |
| 5 | Q | Do you recall precisely when you first met |
| 6 | | him? |
| 7 | A | I met him the first week I started there. |
| 8 | Q | Was he already an employee of Sears at the |
| 9 | | time you started employment? |
| 10 | A | Yes. |
| 11 | Q | Did you work the same shifts as him when |
| 12 | | you first started employment? |
| 13 | A | I don't believe we were the same.  I mean, |
| 14 | | I'd see him, maybe, two or three times a |
| 15 | | week.  The schedules always got changed. |
| 16 | Q | And when you first started employment, do |
| 17 | | you know what level employee he was? |
| 18 | A | He was a Level 1. |
| 19 | Q | At the time you first started employment, |
| 20 | | how many Level 1 techs were employed at |
| 21 | | Sears? |
| 22 | A | I can't honestly answer that because I |
| 23 | | don't -- I don't know who was what.  I |
| 24 | | mean, I know there was at least five of us, |

| | | |
|---|---|---|
| 1 | | but I don't know -- there were older men |
| 2 | | working the same department, but I don't |
| 3 | | know if they were getting paid more.  So |
| 4 | | I'm not really sure. |
| 5 | Q | Of the Tech 1s that you knew at the time |
| 6 | | you first started employment, there was |
| 7 | | yourself, Eric Souvannakane, and who else, |
| 8 | | can you recall? |
| 9 | A | Andy DiGaetano, John Mello, Mike Katsaris |
| 10 | | Eddy Felix.  I think that's all I can |
| 11 | | remember. |
| 12 | Q | Can you characterize your relationship with |
| 13 | | Eric Souvannakane? |
| 14 | A | He was -- we just used to talk and stuff. |
| 15 | | He was the only one that really talked to |
| 16 | | me when I first started working there.  So |
| 17 | | we just started talking. |
| 18 | Q | Did you become friendly with him as a |
| 19 | | result of working together? |
| 20 | A | Yes. |
| 21 | Q | Did you ever socialize with Eric |
| 22 | | Souvannakane outside of work? |
| 23 | A | Yes. |
| 24 | Q | And when did you first start socializing |

| | | |
|---|---|---|
| 1 | | with him outside of work? |
| 2 | A | Maybe two or three months after I started |
| 3 | | working there, maybe longer.  I'm not |
| 4 | | exactly sure. |
| 5 | Q | And what type of socializing would you do |
| 6 | | with Eric outside of work? |
| 7 | A | We'd usually just drive around and listen |
| 8 | | to music, go to his friend's house or just |
| 9 | | hang out, really. |
| 10 | Q | And when you drove around -- did Eric have |
| 11 | | a car or did you have a car? |
| 12 | A | Eric had a car. |
| 13 | Q | Do you remember what kind of car Eric had? |
| 14 | A | An Audi. |
| 15 | Q | Did you ever go to his house or socialize |
| 16 | | with his family at all? |
| 17 | A | I've never been in his house.  I've never |
| 18 | | socialized with any members of his family. |
| 19 | Q | Do you know any of his family members from |
| 20 | | outside of that, not going to his house? |
| 21 | | Did you ever meet any of his family |
| 22 | | members? |
| 23 | A | No. |
| 24 | Q | Do you know if he has any kids? |

| | | |
|---|---|---|
| 1 | A | Yes. He has a daughter. |
| 2 | Q | Did you ever meet his daughter? |
| 3 | A | I've seen his daughter twice. |
| 4 | Q | And on what occasions did you see his |
| 5 | | daughter? |
| 6 | A | Bumped into him at the mall, and while I |
| 7 | | was leaving work one day, he was driving |
| 8 | | out of the mall parking lot and stopped. |
| 9 | Q | On either of those occasions, was Eric |
| 10 | | still employed at Sears? |
| 11 | A | No. |
| 12 | Q | It was after his employment? |
| 13 | A | Yes. |
| 14 | Q | Did Eric ever stay over your house or visit |
| 15 | | your house? |
| 16 | A | He'd come over and -- I have a car that I'm |
| 17 | | putting together, and he'd -- we'd just sit |
| 18 | | and talk and he'd look at the car. But as |
| 19 | | far as, like, stay over, stay over, he |
| 20 | | never stayed over. |
| 21 | Q | And what kind of car are you putting |
| 22 | | together, sir? |
| 23 | A | I'm putting together an '86 Camaro. |
| 24 | Q | Do you own any other car, sir? |

| | | |
|---|---|---|
| 1 | A | Yes, I own an '88 Chevy pickup truck. |
| 2 | Q | Have you ever lent either of your cars to |
| 3 | | Eric to drive? |
| 4 | A | Neither of those, no -- none of those. |
| 5 | Q | Have you ever lent any prior cars you've |
| 6 | | owned to Eric to drive? |
| 7 | A | Yes. |
| 8 | Q | What other cars? |
| 9 | A | It wasn't -- well, I wasn't the owner.  I |
| 10 | | loaned him a Ford pickup.  It was a '98 |
| 11 | | Ford. |
| 12 | Q | And who's car was it that you were loaning? |
| 13 | A | It was my father's truck. |
| 14 | Q | And how frequently did you loan him your |
| 15 | | father's Ford pickup? |
| 16 | A | Just once. |
| 17 | Q | And what was the reason you were lending |
| 18 | | him your father's Ford pickup? |
| 19 | A | He was moving out of his house or apartment |
| 20 | | and he had to move a couch or a bed, |
| 21 | | something big. |
| 22 | Q | Did you help him with that move? |
| 23 | A | No. |
| 24 | Q | Have you continued to remain friendly with |

24

| | | |
|---|---|---|
| 1 | | Eric since he left employment with Sears? |
| 2 | A | I might talk to him one month -- once a |
| 3 | | month. That's about it. I haven't hung |
| 4 | | out with him in a long time. |
| 5 | Q | When you said you talk to him once a month, |
| 6 | | is that by telephone? |
| 7 | A | Yes. I bumped into him once after work. |
| 8 | | That was a while ago. |
| 9 | Q | Was that the time you mentioned earlier |
| 10 | | when he was coming out of the mall? |
| 11 | A | No, I was coming out of Dodge, and he was |
| 12 | | coming home from Norwood or somewhere, and |
| 13 | | I talked to him to about five minutes. |
| 14 | | That's it. |
| 15 | Q | Do you know where Eric works today? |
| 16 | A | He works for Toyota. I don't know which |
| 17 | | one, but I know he works for Toyota. |
| 18 | Q | Did he tell you what he's doing for Toyota? |
| 19 | A | He told me he's a sales -- car salesman. |
| 20 | Q | Did you talk to him at all about whether he |
| 21 | | enjoys that position? |
| 22 | A | Not really. I just asked him about -- |
| 23 | | like, their cars and stuff. |
| 24 | Q | Did you talk to him about what kind of |

25

1        money he's making in that position at

2        Toyota?

3    A    No.

4    Q    Did he tell you he was making more money as

5        a cars salesman than he was as a tech?

6    A    No.

7    Q    When you worked with Eric at Sears, did you

8        have an opportunity to observe the kind of

9        work that he did?

10    A    Yes.

11    Q    What kind of work did Eric do at Sears?

12    A    He did tires mostly, sometimes oil,

13        sometimes batteries, just like all the

14        other Tech 1s.

15    Q    Did you have any opportunity to observe the

16        quality of Eric's work?

17    A    Yes.

18    Q    And what did you observe?

19    A    He was a good worker.  He was a really good

20        worker.

21    Q    And why do you say that, sir?

22    A    Well, he'd take his time.  He'd do things

23        right.  He wouldn't rush a job or --

24    Q    Did you ever observe Eric have any

26

| | | |
|---|---|---|
| 1 | | conflicts or heated discussions with any |
| 2 | | customers of Sears? |
| 3 | A | No, never.  A lot of friendly ones, but |
| 4 | | never aggressive ones. |
| 5 | Q | Did you ever hear Eric swear in the |
| 6 | | workplace? |
| 7 | A | Not to customers.  We all swear, but not in |
| 8 | | front of customers. |
| 9 | Q | And when you all swear, I take it, it's, |
| 10 | | kind of, an auto shop atmosphere with all |
| 11 | | men around; is that fair to say? |
| 12 | A | Exactly. |
| 13 | Q | So if someone drops a pipe, they might |
| 14 | | swear about dropping the pipe or something |
| 15 | | to that extent? |
| 16 | A | Exactly. |
| 17 | Q | And Eric was no different than any of the |
| 18 | | other mechanics working there? |
| 19 | A | Absolutely not.  We were all the same. |
| 20 | Q | Were you ever aware of anyone at Sears |
| 21 | | being disciplined or reprimanded for |
| 22 | | swearing to a customer? |
| 23 | A | He told me he was on -- I forget what they |
| 24 | | call it, but he couldn't go to work for two |

1      or three days, but he got paid anyway, for,

2      supposedly, swearing to somebody.   But I

3      wasn't there that day, so ...

4  Q   That was going to be my next question.

5                  Do you have any knowledge of

6      the incident that led to his being sent

7      home with pay?

8  A   No.   The times that he supposedly got in

9      trouble with customers, I wasn't working.

10     I either had the day off or I was on the

11     next shift.

12 Q   And did you later learn of these incidents

13     from talking to Eric?

14 A   Yes.

15 Q   And what did he tell you about the first

16     incident?

17 A   Where he swore at a man.   I think he swore

18     at a man.   He was flipping tires over.

19     Somebody mounted tires on that were -- had

20     the white letters on the outside, and I --

21     somebody handed him the ticket to fix it,

22     and he was fixing it.   And the guy who

23     owned the car saw him doing it and thought

24     he was the one who did it, and they had

```
 1                words, I guess.  I don't know.

 2                          I guess the guy who owned the

 3                car got mad at Eric, started saying

 4                something to Eric.  And Eric said, I didn't

 5                even do this; I'm fixing it.  And that's

 6                all I know of that.

 7     Q    Did Eric tell you that he, in fact, did

 8                swear back at the customer?

 9     A    He didn't tell me he swore.  He just said

10                that the guy was really mad, and he was

11                yelling, and then he told him he didn't do

12                it.  He really doesn't get in depth when he

13                tells you stuff.

14     Q    Did you learn from any other sources about

15                what happened for that incident?

16     A    When I came -- I went to work and I asked

17                if he was working one day or something and

18                they said no, they sent him home.  I can't

19                remember if that was the same day or the

20                next day.  I can't remember.

21     Q    Did anyone else at Sears tell you the

22                reasons why Eric was sent home?

23     A    I can't remember.

24     Q    Was there talk among the techs at all about
```

CURRAN COURT REPORTING
(781) 279-8400

29

1           Eric being sent home from work?

2    A      Not that I remember.  I remember someone

3           saying, Oh, they're getting rid of all the

4           workers, but that's about it.

5    Q      And was that statement, They're getting rid

6           of all the workers, directly about Eric?

7    A      It was in regards to Eric because, like I

8           said, he worked -- he was a good worker.

9           And they were -- that's when everything

10          started changing.  They started hiring new

11          people and letting people go or people

12          started leaving.

13   Q      Was there a fairly regular turnover of

14          employees at the auto department?

15   A      As in -- how do you mean?

16   Q      Did people come and go on a regular basis

17          for employment?

18   A      Yes.  Yeah, I'd say so.

19   Q      Now, you mentioned earlier that there was

20          another incident where he got in trouble

21          that you weren't present for.  What do you

22          know about that incident?

23   A      All I know is he supposedly said some

24          sarcastic remark in front of a female

| 1  |   | customer and she got upset.  That's all I |
|----|---|---|
| 2  |   | know about that. |
| 3  | Q | And you weren't present that day? |
| 4  | A | No. |
| 5  | Q | How did you learn about that incident? |
| 6  | A | I believe I found out when I went to work |
| 7  |   | and then after -- either that day or the |
| 8  |   | next day, then he called me or I called him |
| 9  |   | and he told me.  But I'm pretty sure I |
| 10 |   | found out when I went to work. |
| 11 | Q | And do you remember who from work told you |
| 12 |   | about the incident where he was sarcastic |
| 13 |   | with a female customer? |
| 14 | A | I have no idea. |
| 15 | Q | And other than what you just described, was |
| 16 |   | there any further details given to you |
| 17 |   | about him being sarcastic to another |
| 18 |   | customer? |
| 19 | A | No. |
| 20 | Q | When you spoke to Eric on the phone, did he |
| 21 |   | describe to you in any detail about what |
| 22 |   | happened? |
| 23 | A | No.  He just said they let him go because |
| 24 |   | he, supposedly, swore in front of a female |

| | | |
|---|---|---|
| 1 | | customer. |
| 2 | Q | And when you said they let him go, what did |
| 3 | | you understand that to mean? |
| 4 | A | That he got fired. |
| 5 | Q | Did he tell you whether he had, in fact, |
| 6 | | sworn at the customer or not? |
| 7 | A | No. |
| 8 | Q | Did you ask him whether he swore at the |
| 9 | | customer? |
| 10 | A | No. |
| 11 | Q | And how soon after the first incident did |
| 12 | | the second incident occur? |
| 13 | A | It was relatively close, if I remember |
| 14 | | correctly, a week, maybe two.  I'm not |
| 15 | | exactly sure. |
| 16 | Q | Did Eric describe to you in any other |
| 17 | | detail about what happened in that incident |
| 18 | | with the woman? |
| 19 | A | No, not that I can remember.  It was really |
| 20 | | a short conversation. |
| 21 | Q | Did Eric complain that he was wrongly fired |
| 22 | | from his position? |
| 23 | A | Yeah, he was upset.  I mean, he said he |
| 24 | | didn't deserve to be fired as far as that's |

```
 1              concerned, but ...
 2    Q    Did he indicate to you that he was going to
 3         take any steps in response to getting
 4         fired?
 5    A    No.
 6    Q    Did you discuss any steps you would take on
 7         his behalf?
 8    A    The only thing I asked him is, what does he
 9         plan on doing now for work.
10    Q    And what was his response?
11    A    I can't remember.
12    Q    You said that conversation only lasted
13         about five minutes or so?
14    A    Yeah, we don't -- when we talk on the
15         phone, we don't talk long.  It's just to
16         the point and that's it.
17    Q    Did you speak to anyone else at Sears about
18         that incident where he was alleged to have
19         sworn at a female customer?
20    A    I don't remember.
21    Q    Was there any discussion among the techs
22         about Eric being fired for swearing at a
23         female customers?
24    A    The only thing someone said was, They get
```

33

| | | |
|---|---|---|
| 1 | | rid of the people who actually work and |
| 2 | | they keep the people who don't work. |
| 3 | | That's about it. |
| 4 | Q | And do you remember who said that comment |
| 5 | | to you? |
| 6 | A | John Mello. |
| 7 | Q | Is Mr. Mello still employed at Sears? |
| 8 | A | Yes. |
| 9 | Q | And did Mr. Mello tell you he had any |
| 10 | | knowledge of the incident of Eric swearing |
| 11 | | at a female customer? |
| 12 | A | No. |
| 13 | Q | Did you learn from any other source any |
| 14 | | further information about that swearing at |
| 15 | | a female customer incident? |
| 16 | A | No, it was never really discussed.  Just he |
| 17 | | got fired for that, and that was it. |
| 18 | Q | Did any supervisor, either the assistant |
| 19 | | manager or the manager or anyone else, |
| 20 | | explain to the techs why Eric Souvannakane |
| 21 | | was fired? |
| 22 | A | No. |
| 23 | Q | Do you remember when it was that Eric was |
| 24 | | fired? |

34

| | | |
|---|---|---|
| 1 | A | I don't remember the date. |
| 2 | Q | Do you recall a dispute at the automotive |
| 3 | | department concerning an oil spill? |
| 4 | A | Yes, I remember.  Well, how do you mean? |
| 5 | | Like what?  How do you mean that? |
| 6 | Q | Let me ask it a different way. |
| 7 | | Do you recall in or around the |
| 8 | | time Eric was terminated there was a |
| 9 | | dispute over an oil spill? |
| 10 | A | Dispute as in with who? |
| 11 | Q | That there was any discussion about an oil. |
| 12 | | spill. |
| 13 | A | I mean, we found spilled oil, if that's |
| 14 | | what you're asking.  But as far as -- I |
| 15 | | don't know.  The oil spill happened, yes. |
| 16 | | The oil spill happened. |
| 17 | Q | And I'm just trying to locate it in time |
| 18 | | relative to when Eric was fired. |
| 19 | A | Oh, what time? |
| 20 | Q | Did it happen the same day that Eric was |
| 21 | | fired or -- |
| 22 | A | Oh, after -- it must have been a couple |
| 23 | | weeks after he got fired. |
| 24 | Q | I'm going to ask you a bunch of questions |

35

1    about that oil spill in a moment.

2                     Was that a common occurrence

3    at the automotive department to have an oil

4    spill?

5  A   Yes.

6  Q   And how frequently did oil spills occur at

7    the automotive department?

8  A   Oil would spill every time you emptied the

9    racks, the oil racks, from the lifts.  Oil

10   would spill all the time.

11                    You could bump into the thing

12   and oil would spill out of it because no

13   one ever emptied the drain buckets that you

14   could cart around.  There was constantly

15   oil on the floor by the oil base.

16                    MS. TRAN:  Can I make a

17   request -- I'm Liza Tran; I represent

18   Sears -- that Mr. Baldi not make any facial

19   expressions while your son is testifying.

20                    MR. BALDI:  Excuse me?

21                    MS. TRAN:  I make a request

22   that you not make any facial expressions

23   while your son is testifying.

24                    MR. BALDI:  I wasn't even

```
 1        looking at my son.
 2                    MS. TRAN: He may be looking
 3        at you. I just request that you refrain
 4        from making any facial expressions while
 5        your son is testifying.
 6                    MR. CLOHERTY: I'll instruct
 7        the witness. Mr. Baldi, you're to testify
 8        from your own memory. Okay? And not seek
 9        any assistance from anyone else that might
10        be in the room. Okay?
11                    THE WITNESS: That's exactly
12        what I'm doing.
13                    MR. CLOHERTY: Okay, thank
14        you.
15    Q   So you mentioned that it was a frequent
16        occurrence that there would be oil spilled
17        in the oil bays; is that fair to say?
18    A   Yes.
19    Q   And can you describe what the oil bay is?
20    A   The oil bay is, kind of, like an alignment
21        rack; it's a flat rack. You pull the car
22        on. The whole car goes up in the air with
23        the lift, and there's a drain -- you can
24        call it a drain bucket that slides back and
```

| | | |
|---|---|---|
| 1 | | forth from the rails in between the lift. |
| 2 | Q | So it's not as if -- some of these stores, |
| 3 | | like, Jiffy Lube have an underground bay |
| 4 | | where the workers go underneath the ground |
| 5 | | working to change the oil, and the car |
| 6 | | stays on the street level? |
| 7 | A | No, this goes up in the air. |
| 8 | Q | Okay.  And there's a mechanism or a tool to |
| 9 | | catch the oil when it's drained out to |
| 10 | | change the oil? |
| 11 | A | Yes. |
| 12 | Q | And the oil that's drained out, where is |
| 13 | | that stored in the oil bays? |
| 14 | A | I believe it goes into -- there's a -- it's |
| 15 | | like a little -- I don't know what you want |
| 16 | | to call it, like a shack with a door, and |
| 17 | | there's a drum in there, a giant, giant |
| 18 | | drum.  And there's a hose that you can |
| 19 | | connect to the racks to drain the oil that |
| 20 | | gets sucked into the waste tank and someone |
| 21 | | comes and empties the waste into the truck |
| 22 | | and it goes to wherever it goes. |
| 23 | Q | Is the waste tank underground, sir? |
| 24 | A | I believe the waste tank is above ground. |

| | | |
|---|---|---|
| 1 | Q | And there's some pumping mechanism that |
| 2 | | sucks the oil out from the these moveable |
| 3 | | storage containers? |
| 4 | A | Yes. |
| 5 | Q | How big are the moveable storage containers |
| 6 | | used to drain the oil? |
| 7 | A | The ones that you can count around the |
| 8 | | shop? |
| 9 | Q | If there are multiple kinds, then you need |
| 10 | | to distinguish them. |
| 11 | A | The ones that sit on the lifts, I couldn't |
| 12 | | tell you.  I mean, they're about that long, |
| 13 | | I'd say 3 feet, maybe 2-and-a-half feet. |
| 14 | | It's a perfect square.  I don't know |
| 15 | | exactly how much they hold.  And the drums |
| 16 | | that go around the shop, they're gallons. |
| 17 | | I want to say 25, 30 gallons maybe. |
| 18 | Q | Are there any other locations, other than |
| 19 | | what you just described, where oil is |
| 20 | | stored after it's drained? |
| 21 | A | The only place -- we use a pump to suck out |
| 22 | | to the racks and the drain buckets so you |
| 23 | | can tote it around the shop.  And they go |
| 24 | | into one big tank, like I said before.  And |

39

```
 1              that's it for oil, as far as I know.

 2    Q    And you've observed when there's -- is

 3         there an outside contractor that comes to

 4         remove the oil from the tank, the main

 5         storage tank?

 6    A    Yes, it's a big truck.

 7    Q    And you mentioned that there's frequently

 8         spills in the oil bays.

 9                       What kind of volume of oil

10         have you observed to be spilled in the oil

11         bays?

12    A    Quarts, small, small spills, nothing huge.

13         I mean, it's normal to have a couple quarts

14         in the ground occasionally.

15    Q    And when the small spills occur, is there a

16         procedure at the Sears automotive

17         department on how to deal with that?

18    A    We usually just throw absorbent pads over

19         them and you clean them up like that.

20    Q    And does the Sears automotive department

21         have a supply readily available of these

22         absorbent pads?

23    A    Actually, no, they don't.  There's usually

24         only one package.  They don't even have
```

40

1       rags, shop rags.  Those are scarce.

2   Q   The absorbent pads that you used, how are

3       those disposed of after a cleanup?

4   A   In the trash.

5   Q   Was there ever any training for you as a

6       Sears tech on how to deal with oil spills

7       of that nature?

8   A   No.

9   Q   Is there any bulletins or publications on

10      the wall that state the steps you're

11      supposed to take when dealing with an oil

12      spill?

13  A   There isn't.  But when I went to college, I

14      know now that there's supposed to have MDMS

15      sheets.  I believe it's MDMS sheets.  And

16      it tells you how to clean up certain

17      chemicals and the proper way to dispose.

18              I didn't know that until I

19      started going to college.  When I got hired

20      there, I had no idea.  They did not train

21      us in cleaning up oil or any kind of

22      chemical spills.

23  Q   And the MDMS sheets that you referenced, do

24      you know what that stands for, sir?

41

1   A   I forget.

2   Q   Is it a Massachusetts state entity?

3   A   I'm not sure.

4   Q   Now, you mentioned earlier that a couple

5       weeks after Eric was terminated, you were

6       aware of an oil spill in the oil bays?

7   A   Yes.

8   Q   I'm going to focus your attention on that.

9              When did you first become

10      aware of the oil spill in the oil bays at

11      that time?

12   A   I was first aware of it the night before

13      the biggest incident happened.  I remember

14      seeing oil on the ground.  And I believe I

15      told -- Kevin Sullivan was there that

16      night -- about the oil in the back because

17      it wasn't -- you know, it wasn't big, but

18      it wasn't normal as far as -- like an

19      everyday occurrence thing.  It was bigger

20      than normal, but it wasn't huge.

21   Q   I'm going to ask you:  Who is Kevin

22      Sullivan?

23   A   Kevin is -- I think his position is called

24      a lead CSA.  I don't know what it means,

```
 1            but he's basically -- he's a manager on

 2            Sundays, pretty much, and a manager at

 3            nights.  They give him the responsibility

 4            of closing the store, sometimes opening.

 5    Q       Do you know what a CSA stands for?

 6    A       I have no idea.

 7    Q       The time that you reported that to Kevin

 8            Sullivan, do you remember what time -- it

 9            was an evening shift?

10    A       It was the evening and we were about ready

11            to get out of there.

12    Q       And do you know what caused that oil spill

13            that was on the ground that you saw that

14            you reported to Kevin Sullivan?

15    A       I have no idea.  It was around the waste

16            tanks in the back.  I have no idea.

17    Q       Can you estimate the volume of oil that was

18            spilled?

19    A       I don't know the volume, but it was a

20            puddle of about, I want to say, 5 feet --

21            5 feet wide.  I couldn't tell you how far

22            back it went because it went under --

23            there's a giant plastic drum back there and

24            there was a whole bunch of other stuff back
```

| | | |
|---|---|---|
| 1 | | there.  But as far as I could see, it was |
| 2 | | about 5 feet wide, maybe 6 feet. |
| 3 | Q | And you couldn't tell the depth of the |
| 4 | | puddle because there were items in the way? |
| 5 | A | There was a whole bunch of stuff in the |
| 6 | | back.  There are drums, other waste tanks; |
| 7 | | there are other oil drums that you pull oil |
| 8 | | from. |
| 9 | Q | You had been working earlier that day, |
| 10 | | correct? |
| 11 | A | Yes.  I don't remember my exact hours, but |
| 12 | | I was working -- I believe I worked |
| 13 | | something like a noon shift to close.  And |
| 14 | | I don't remember what time they closed back |
| 15 | | then.  They changed their hours. |
| 16 | Q | Had you seen any oil at any time earlier in |
| 17 | | the day that you just described, that |
| 18 | | puddle of oil? |
| 19 | A | No. |
| 20 | Q | Had you been back in the area where that |
| 21 | | puddle of oil was? |
| 22 | A | Throughout the day? |
| 23 | Q | Yes. |
| 24 | A | I don't recall. |

44

```
 1   Q   Do you know if -- in other words, I'm
 2       asking, do you know if that puddle of oil
 3       was existing for a long period of time
 4       before you saw it?
 5   A   I don't know how long the oil was there
 6       for.
 7   Q   Had you seen Eric Souvannakane that day
 8       that you noticed the oil spill and reported
 9       it to Kevin Sullivan?
10   A   Yes.  I saw him earlier and -- well, it was
11       dark out, but I don't remember what time it
12       was.
13   Q   It was earlier in the evening, then?
14   A   Yes.  He came once.  I gave him the keys.
15       He came back, gave me the keys back.
16       That's when it was dark out.
17   Q   Now, you just mentioned he came and got the
18       keys.  What are you referring to when he
19       came and you gave him the keys?
20   A   Keys to the Ford pickup so he could do his
21       whole move.
22   Q   So the earlier incident you mentioned that
23       you lent him your dad's Ford pickup truck,
24       that was the same day as the -- when you
```

45

| | | |
|---|---|---|
| 1 | | noticed that oil spill and reported it to |
| 2 | | Kevin Sullivan? |
| 3 | A | It was the same day. |
| 4 | Q | And how was it that Eric came to see you to |
| 5 | | get the keys to the car?  Had you spoken to |
| 6 | | him before to make those arrangements? |
| 7 | A | I don't remember.  I think he asked me |
| 8 | | beforehand, but I'm not really sure. |
| 9 | Q | Is it possible that he just arrived at the |
| 10 | | work site and asked you if he could borrow |
| 11 | | your truck then? |
| 12 | A | Yeah, he could have. |
| 13 | Q | And at that point in time, you knew that |
| 14 | | Eric had already been terminated from his |
| 15 | | employment? |
| 16 | A | Yes. |
| 17 | Q | Had you seen him back at the work site at |
| 18 | | any time since his termination until that |
| 19 | | time he came to get the keys? |
| 20 | A | Yes. |
| 21 | Q | How many times had he come back to the work |
| 22 | | site? |
| 23 | A | I'm not sure, less than five maybe. |
| 24 | Q | And under what circumstances did he come |

1        back to the work site after his

2        termination?

3   A   He -- I saw him -- he was driving by once

4        when he had his daughter -- he was coming

5        from the back because there are two ways to

6        get into the parking lot.  And he was going

7        to get something, and I was -- I forget why

8        I was outside.  But I saw him and I waved

9        to him.

10        And then one time he came back

11        to actually buy tires.  And he actually

12        talked with the boss, Anthony; he talked to

13        Anthony Ceiri, the manager.

14   Q   And who put on the -- did he actually buy

15        tires?

16   A   Well, he was -- I was talking to him

17        outside.  And Anthony came up and started

18        talking to him.  And we were by some bay,

19        and then I went to finish a job.  And it

20        was, like -- I remember Anthony told him,

21        you know -- he said he could buy tires.  I

22        remember telling him, Yeah, can you go up

23        front.  So Eric goes up front to wait for

24        tires.

41

| | | |
|---|---|---|
| 1 | A | I forget. |
| 2 | Q | Is it a Massachusetts state entity? |
| 3 | A | I'm not sure. |
| 4 | Q | Now, you mentioned earlier that a couple |
| 5 | | weeks after Eric was terminated, you were |
| 6 | | aware of an oil spill in the oil bays? |
| 7 | A | Yes. |
| 8 | Q | I'm going to focus your attention on that. |
| 9 | | When did you first become |
| 10 | | aware of the oil spill in the oil bays at |
| 11 | | that time? |
| 12 | A | I was first aware of it the night before |
| 13 | | the biggest incident happened.  I remember |
| 14 | | seeing oil on the ground.  And I believe I |
| 15 | | told -- Kevin Sullivan was there that |
| 16 | | night -- about the oil in the back because |
| 17 | | it wasn't -- you know, it wasn't big, but |
| 18 | | it wasn't normal as far as -- like an |
| 19 | | everyday occurrence thing.  It was bigger |
| 20 | | than normal, but it wasn't huge. |
| 21 | Q | I'm going to ask you:  Who is Kevin |
| 22 | | Sullivan? |
| 23 | A | Kevin is -- I think his position is called |
| 24 | | a lead CSA.  I don't know what it means, |

42

|    |   |                                              |
|----|---|----------------------------------------------|
| 1  |   | but he's basically -- he's a manager on      |
| 2  |   | Sundays, pretty much, and a manager at       |
| 3  |   | nights.  They give him the responsibility    |
| 4  |   | of closing the store, sometimes opening.     |
| 5  | Q | Do you know what a CSA stands for?           |
| 6  | A | I have no idea.                              |
| 7  | Q | The time that you reported that to Kevin     |
| 8  |   | Sullivan, do you remember what time -- it    |
| 9  |   | was an evening shift?                         |
| 10 | A | It was the evening and we were about ready   |
| 11 |   | to get out of there.                         |
| 12 | Q | And do you know what caused that oil spill   |
| 13 |   | that was on the ground that you saw that     |
| 14 |   | you reported to Kevin Sullivan?              |
| 15 | A | I have no idea.  It was around the waste     |
| 16 |   | tanks in the back.  I have no idea.          |
| 17 | Q | Can you estimate the volume of oil that was  |
| 18 |   | spilled?                                     |
| 19 | A | I don't know the volume, but it was a        |
| 20 |   | puddle of about, I want to say, 5 feet --    |
| 21 |   | 5 feet wide.  I couldn't tell you how far    |
| 22 |   | back it went because it went under --        |
| 23 |   | there's a giant plastic drum back there and  |
| 24 |   | there was a whole bunch of other stuff back  |

43

```
 1              there.  But as far as I could see, it was
 2              about 5 feet wide, maybe 6 feet.
 3       Q      And you couldn't tell the depth of the
 4              puddle because there were items in the way?
 5       A      There was a whole bunch of stuff in the
 6              back.  There are drums, other waste tanks;
 7              there are other oil drums that you pull oil
 8              from.
 9       Q      You had been working earlier that day,
10              correct?
11       A      Yes.  I don't remember my exact hours, but
12              I was working -- I believe I worked
13              something like a noon shift to close.  And
14              I don't remember what time they closed back
15              then.  They changed their hours.
16       Q      Had you seen any oil at any time earlier in
17              the day that you just described, that
18              puddle of oil?
19       A      No.
20       Q      Had you been back in the area where that
21              puddle of oil was?
22       A      Throughout the day?
23       Q      Yes.
24       A      I don't recall.
```

44

1   Q   Do you know if -- in other words, I'm

2       asking, do you know if that puddle of oil

3       was existing for a long period of time

4       before you saw it?

5   A   I don't know how long the oil was there

6       for.

7   Q   Had you seen Eric Souvannakane that day

8       that you noticed the oil spill and reported

9       it to Kevin Sullivan?

10  A   Yes.  I saw him earlier and -- well, it was

11      dark out, but I don't remember what time it

12      was.

13  Q   It was earlier in the evening, then?

14  A   Yes.  He came once.  I gave him the keys.

15      He came back, gave me the keys back.

16      That's when it was dark out.

17  Q   Now, you just mentioned he came and got the

18      keys.  What are you referring to when he

19      came and you gave him the keys?

20  A   Keys to the Ford pickup so he could do his

21      whole move.

22  Q   So the earlier incident you mentioned that

23      you lent him your dad's Ford pickup truck,

24      that was the same day as the -- when you

45

```
 1        noticed that oil spill and reported it to
 2        Kevin Sullivan?
 3   A    It was the same day.
 4   Q    And how was it that Eric came to see you to
 5        get the keys to the car?  Had you spoken to
 6        him before to make those arrangements?
 7   A    I don't remember.  I think he asked me
 8        beforehand, but I'm not really sure.
 9   Q    Is it possible that he just arrived at the
10        work site and asked you if he could borrow
11        your truck then?
12   A    Yeah, he could have.
13   Q    And at that point in time, you knew that
14        Eric had already been terminated from his
15        employment?
16   A    Yes.
17   Q    Had you seen him back at the work site at
18        any time since his termination until that
19        time he came to get the keys?
20   A    Yes.
21   Q    How many times had he come back to the work
22        site?
23   A    I'm not sure, less than five maybe.
24   Q    And under what circumstances did he come
```

1   back to the work site after his

2   termination?

3 A He -- I saw him -- he was driving by once

4   when he had his daughter -- he was coming

5   from the back because there are two ways to

6   get into the parking lot. And he was going

7   to get something, and I was -- I forget why

8   I was outside. But I saw him and I waved

9   to him.

10      And then one time he came back

11   to actually buy tires. And he actually

12   talked with the boss, Anthony; he talked to

13   Anthony Ceiri, the manager.

14 Q And who put on the -- did he actually buy

15   tires?

16 A Well, he was -- I was talking to him

17   outside. And Anthony came up and started

18   talking to him. And we were by some bay,

19   and then I went to finish a job. And it

20   was, like -- I remember Anthony told him,

21   you know -- he said he could buy tires. I

22   remember telling him, Yeah, can you go up

23   front. So Eric goes up front to wait for

24   tires.

47

1    Q    Do you know whether he, in fact, bought

2         tires at the time --

3    A    No, he left.  Sorry for interrupting.

4    Q    That's okay.

5              Did you ever talk to him about

6         why he left and did not buy tires?

7    A    Yes.

8    Q    And what did you learn?

9    A    I -- actually, when he was in line to buy

10        something, one of the salesmen said, Hey, I

11        think you should leave.  Anthony is on the

12        phone and he's talking about you.

13             And he said, For what?  He

14        goes, I don't know; but I think you should

15        leave.

16             And then he left.  And I went

17        back to the back shop.  And then Anthony

18        said, Where did he go?  I'm, like, He left.

19   Q    Did you have any further discussion with

20        Anthony about that?

21   A    He said, He's not supposed to be here.  And

22        I said, Why did you tell him to go wait in

23        line?  And he was -- he was upset.  I mean,

24        he was turning red.  And then he --

48

| | | |
|---|---|---|
| 1 | Q | Who was turning red, Anthony? |
| 2 | A | Yes, Anthony was turning red.  Eric was |
| 3 | | gone.  Eric left after the salesman said, I |
| 4 | | think you should leave. |
| 5 | Q | And what further transpired between you and |
| 6 | | Anthony talking about that? |
| 7 | A | I just remember him being upset.  And then |
| 8 | | he started yelling at me.  And I said, |
| 9 | | Don't yell at me. |
| 10 | Q | And how did he respond when you told him |
| 11 | | not to yell at you? |
| 12 | A | I don't remember exactly what he did.  I |
| 13 | | just remember him being upset.  And then I |
| 14 | | remember asking him, If he's not supposed |
| 15 | | to be here, why did you send him in the |
| 16 | | line to buy tires? |
| 17 | Q | Did Anthony have a response to that? |
| 18 | A | I don't remember. |
| 19 | Q | Did you have any further information or |
| 20 | | knowledge of that incident where Eric came |
| 21 | | to buy tires? |
| 22 | A | No. |
| 23 | Q | Now, directing your attention back to the |
| 24 | | date when Eric was borrowing the keys to |

49

```
 1            your dad's Ford, can you please describe
 2            your memory of what happened when Eric
 3            first came in to get the keys from you?
 4      A     He came in and I -- I gave him the keys.  I
 5            don't remember how long he stayed.  It
 6            couldn't have been long because I was
 7            working and then he left.  And he was gone
 8            for a couple of hours.  And then he came
 9            back and gave me the keys.
10      Q     Did you have any discussion with him when
11            he first borrowed the keys from you about
12            borrowing the truck or what to do and not
13            to do?
14      A     I don't remember exactly what was said.
15      Q     Did you see Eric talk to any other Sears
16            employees when he was there first picking
17            up the keys from you?
18      A     I don't recall.
19      Q     And how long was he in this store for when
20            he was borrowing the keys that first time?
21      A     It couldn't have been long.
22      Q     A matter of minutes?
23      A     Possibly.  I'm really not sure.
24      Q     And you said he returned a couple hours
```

1        later.
2                        Can you describe what happened
3        when he returned?
4    A   He came back; he gave me the keys; I
5        remember we were talking in one of the
6        brake bays, more in the threshold to
7        outside; we were just, you know, BS'ing
8        around. And I remember he knocked one of
9        the oil drums. And then he was, like, Oh.
10                       He didn't -- when he bumped
11       it, it was more like he was kidding. It
12       wasn't, like, malicious. He was like, This
13       is Larry's bay. He started cleaning up.
14       He was like, Oh.
15   Q   I didn't catch what you said, he said oh?
16   A   Oh, this is Larry's bay. Larry is a brake
17       guy that works in the back.
18   Q   So earlier when you described it as the
19       "brake bay," that's where you fix
20       automobile brakes?
21   A   Yes.
22   Q   Did you see how he bumped into the oil
23       drum?
24   A   I think he kicked it. I'm not sure.

1   Q    And what kind of -- can you describe the

2        oil drum that he kicked?

3   A    It was one of the ones that totes -- you

4        can tote around the shop, the portable ones

5        with the -- they have a steel drum and they

6        have a catch pan connected to a pipe that

7        runs into the drum.

8   Q    And do you know the volume of that

9        particular drum?

10  A    That's one of those 20- 25- 30-gallon

11       drums.

12  Q    And you said that it got knocked over?  Was

13       it knocked over on its side?

14  A    I can't remember if that was knocked over

15       or if it was one of the 5-quart oil fill

16       jugs that are on the top.  Because if one

17       of those fell over, it would be a mess.

18       And there wasn't -- I mean, maybe a half a

19       quart -- not even a half a quart of oil

20       that came out when he hit the barrel.

21  Q    Okay.  So you have a memory of the volume

22       of the spill being small?

23  A    Yes.  The oil that came out of what he hit

24       was very small, I mean, smaller than this.

52

1    Q    And the record is not going to reflect what
2         you're pointing to.
3    A    Sorry.  It's smaller than --
4    Q    2 feet by a foot and a half?
5    A    Yeah, 2 feet.
6    Q    Now, you mentioned that there could have
7         been two sources of that oil, the big
8         30-gallon drum or another little 5-gallon
9         gallon drum that you mentioned?
10   A    5 quarts.
11   Q    5 quarts?
12   A    There's -- when you use one of those
13        tote -- well, the tote drains, to drain the
14        waste oil in.  They have 5 -- there's one
15        4-quart and one 5-quart metal fill.  It's
16        an oil fill.  You go up to the pumps, you
17        pump the new oil into that, and you use
18        that to fill the car since the oil base is
19        the only source of the oil.  So you use
20        those oil hoses to fill one of those and
21        you can walk around the shop and fill up a
22        car.
23   Q    Okay.  And the 5-quart oil fill buckets,
24        are those stored on the ground level or are

| 1 | | they stored overhead or where are they |
| 2 | | kept? |
| 3 | A | They're stored wherever people leave them. |
| 4 | Q | And you have a memory of him kicking or |
| 5 | | bumping into some kind of barrel. Do you |
| 6 | | remember that? |
| 7 | A | Yes, he bumped into one of the -- the waste |
| 8 | | oil -- the tote waste oil drain buckets, |
| 9 | | and I can't remember if that's what moved |
| 10 | | and caused the oil to come out or if it was |
| 11 | | one of those 5-quart fills that was in the |
| 12 | | pan on top of it, because sometimes people |
| 13 | | will leave it up there. |
| 14 | Q | Oh, okay. That's what I was trying to |
| 15 | | determine. |
| 16 | | How could his bumping into the |
| 17 | | 30-gallon drum affect the 5-quart metal |
| 18 | | fill? |
| 19 | A | Yes. I believe there was a 5-quart in that |
| 20 | | drain because a lot -- I even do it. You |
| 21 | | leave the 5-quart inside the waste pan, so |
| 22 | | you don't get oil everywhere. |
| 23 | Q | And either way there was a spill created by |
| 24 | | Eric's conduct, right? |

54

| 1 | A | Yes, a very small spill. |
|---|---|---|
| 2 | Q | And what happened after that? |
| 3 | A | He put down the abrasive pads, put down one |
| 4 | | or two, cleaned it up, put it in the trash. |
| 5 | | We talked, and then he left. |
| 6 | Q | When you say "abrasive pads," you mean the |
| 7 | | absorbent pads? |
| 8 | A | Yes, yes, excuse me, the absorbent pads, |
| 9 | | the white absorbent pads.  They're 3M pads. |
| 10 | Q | Did you see him clean up those pads after |
| 11 | | they had been placed down? |
| 12 | A | Yes.  He cleaned the oil up, picked the |
| 13 | | pads up, put them in the trash. |
| 14 | Q | Did you have any discussion with him about |
| 15 | | that spill while he was doing the cleanup? |
| 16 | A | I walked outside.  I, kind of, turned my |
| 17 | | back, walked outside, came back in. |
| 18 | Q | Did you help him in the cleanup itself? |
| 19 | A | No. |
| 20 | Q | Did he tell you not to tell anyone about |
| 21 | | the cleanup? |
| 22 | A | No, not to the best of my knowledge, |
| 23 | | anyway. |
| 24 | Q | Did he tell you, You didn't see anything? |

55

```
 1   A   No.
 2   Q   Did he ask you to go outside and be a
 3       lookout for him while he was cleaning up?
 4   A   No.
 5   Q   Why did you go outside, sir?
 6   A   I was -- we were more in the threshold and
 7       when that happened, he said, This is
 8       Larry's bay.  And I, kind of, did one of
 9       these and laughed a little bit and, kind
10       of, did one of those.  I, kind of -- I
11       turned to my left.  I was leaning up
12       against the threshold, and I, kind of,
13       walked outside and did one of these
14       (indicating).  I put my hand on my face; I
15       came back in.  And he was cleaning it up.
16                 It was -- I mean, it wasn't
17       long enough where I would have missed
18       anything as far as me turning away.  I
19       didn't actually turn my back away from it.
20       I just, kind of, walked.
21   Q   Okay.  And just so the record is clear,
22       when you were describing your actions, you
23       said, I, kind of, did one of these.  And
24       you were gesturing by rubbing your hand on
```

56

1          your eyes?

2   A    Yes, I put my hand on my head and covered

3          one of my eyes.

4   Q    What happened after you saw Eric do that

5          cleanup and throw the absorbent pads in the

6          trash?

7   A    I don't remember exactly what was said.  I

8          know he left shortly after that.

9   Q    And did you see the area where the spill

10         had happened after he did the cleanup?

11  A    The spill that -- when he hit the --

12  Q    Yes, the one that Eric was cleaning up.

13         Did you see the area that he was cleaning

14         up after it was done?

15  A    Yes, it was in a -- it was almost in the

16         middle, like, exact middle of the bay.  It

17         was right out in the open.

18  Q    And was the cleanup effective in the

19         fact -- was the oil cleaned up?

20  A    Yes.

21  Q    How far was the location of that spill from

22         the site of the oil you saw on the floor

23         that you reported to Kevin Sullivan?

24  A    The oil -- the oil he bumped or knocked was

57

```
 1            in a brake bay.  There's a dead bay and

 2            then the oil bays start.  I want to say

 3            it's 25 feet away, maybe 30 feet away.

 4    Q   So it was two bays over?

 5    A   About two bays over, yes.

 6    Q   Did you ever see Eric Souvannakane in that

 7            bay, the oil bay, where you had later

 8            noticed the spill?

 9    A   No, we stayed by the thresholds of the

10            brake bays.

11    Q   Did you at any time that day see him or

12            that evening see him in the area by that

13            oil spill in the oil bay?

14    A   No.

15    Q   So earlier you had described that you had

16            seen the oil spill in the oil bay that you

17            reported to Kevin Sullivan.  Do you recall

18            that you testimony?

19    A   I don't remember exactly.  I remember

20            walking -- that same night I remember

21            walking back from there, and he was walking

22            next to me.  That's why I believe I told

23            him about the oil down in the back.

24                    I remember walking back up to
```

58

```
 1              the front of the shop with him from the oil

 2              bays.

 3   Q    By "him" you're referring to Kevin

 4              Sullivan?

 5   A    Yes.

 6   Q    Did you take him to show Kevin Sullivan

 7              where the oil spill was?

 8   A    I can't recall if he was down back closing

 9              the doors, the oil bay doors, because

10              people left them open all the time.  I

11              can't recall what he was doing or if I took

12              him down there.  But I remember walking

13              back from the oil bays.

14   Q    And do you recall telling Kevin Sullivan

15              about the spill?

16   A    I think I told him about the spill.  I'm

17              pretty sure I said, Hey, there's -- I think

18              I said something like, Hey, there's oil

19              down back.

20   Q    And what was Kevin Sullivan's reaction?

21   A    I don't recall exactly.

22   Q    Did he ask you how big a spill it was?

23   A    I don't remember if he asked me how big it

24              was or if, when he was walking around, he
```