# Exhibit E

# STATEMENT

I, _Jose Hernandez_, an associate of Sears, Roebuck and Co., freely make the following statement to _William Sullivan_ who I know to be representative of Sears, Roebuck and Co.

I have been employed at Sears _2 years_, since _____

a _____; my associate number is _____

and my Social Security number is _____.

On this date _Oct 17, 2003_ requested my cooperation in discussing a situation that occurred during my employment with Sears. My statement pertaining to this situation follows:

Punch in at 12:00

Started an alignment at 7:00 pm. The alignment last app 1 hr. Eric came in at 7:00-7:30. 7:30 Saw him in brake dept. He was with John Baeli and Thipavong a friend non employee. I saw him throw windshield washer fluid, then heard a bang and the barrel hit the floor. Jose turned saw barrel, Eric then picked up the barrel. Turned again saw Eric place oil pads on spill. By then the barrel was missing. When Jose finished he was washing his hands He stated to Jose, "You didn't see anything right" Around 8:15 started working oil dept (Roger, Ebenny, Eric), Custom. Saw spill around oil barrels. He Jose did not say

I have read this statement, the contents of which are true facts, that have been discussed with _Jose Hernandez, John Reid, William Sullivan_ and me on this date

I have made this statement of my own free will. No threats or promises were made to me, as an inducement to give this statement.

SIGNED _Jose Hernandez_   DATE 10-17-03   TIME 3:54
WITNESS _[signature]_   DATE 10-17-03   TIME 3:30

# STATEMENT

DATE OF STATEMENT: _____

I, _____, an associate of Sears, Roebuck and Co., freely make the following statement to _____ who I know to be a representative of Sears, Roebuck and Co.

I have been employed at Sears _____, since _____ as a _____; my associate number is _____ and my Social Security number is _____.

On this date _____ requested my cooperation in discussing a situation that occurred during my employment with Sears. My statement pertaining to this situation follows:

Anything to his manager Kevin Sullivan.

Written with permission of Jose Hernandez to John Reid and William Sullivan

I have read this statement, the contents of which are true facts, that have been discussed with Jose Hernandez, John Reid, Bill Sullivan and me on this date. I have made this statement of my own free will. No threats or promises were made to me, as an inducement to give this statement.

SIGNED: Jose Hernandez   DATE: 10-17-03   TIME: 3:50
WITNESS: [signature]   DATE: 10-17-03