# Exhibit H

10/14/2003

On Tuesday night Ms. Lacroix came in to pick up her car. She was mad because the car was not done. Her son had droped it with me 3 hour's earlier. I explained to her that I called the #'s that were supplied by her son. The number was his Dad's home phone who was in Florida. I told the woman I was sorry. She continued to be upset because her tire was not repairable. She said that she was here last week and we told her the same thing and she implied Is that what you people do here ("sell people tire's they don't need") I responded and told her no we don't do that here. She then started yelling at me about the mechanics swearing. She pointed out Frank and Eric. Frank offered her his 10% off and Eric got mad that the woman pointed him out as swearing. Eric told Frank not to give her 10% off. I do remember Him being very rude and saying something profanic. I was trying to calm everything down at the time. The woman got very upset and walked away. I told Frank he shouldn't have sworn and told eric he should not have got involved. I then went to get the customer, I ask her what she would like me to do and took care of her the best I could being apolagetic and sincere. I remember her demanding everyone's name's in the back shop. I think thats why eric spoke up. He did not want to get in trouble for swearing. He then did end up swearing and I belive he should have been quiet. To many people got involved with this customer including Eric + Andy. Thomas Bari