# Exhibit I

Case 1:04-cv-12164-MLW    Document 46-12    Filed 02/09/2007    Page 1 of 2

Michael

# STATEMENT

DATE OF STATEMENT: 10-17-03

I, Michael Katsaris, an associate of Sears, Roebuck and Co., freely make the following statement to Bill Sullivan who I know to be a representative of Sears, Roebuck and Co.

I have been employed at Sears June 12, since _____ as a _____; my associate number is S/S0007

and my Social Security number is _____.

On this date _____ requested my cooperation in discussing a situation that occurred during my employment with Sears. My statement pertaining to this situation follows:

Yes I was doing a tire job on kick over a ~~in~~ gatos Dan in front of I ~~saw~~ large Bay Some body ~~closed it olip~~ gain when I was punching out I checked I oil Bay 900 The tire was ~~cut~~ ~~at~~ leaning agounts the window and there was a ~~_____~~ Fubal ~~undone~~, I found Kedins Alkemate

I have read this statement, the contents of which are true facts, that have been discussed with X Bill Sullivan

_____ and me on this date

I have made this statement of my own free will. No threats or promises were made to me, as an inducement to give this statement.

SIGNED: X [signature]   DATE: X 10/17/03   TIME: 4:50
WITNESS: [signature]    DATE:            TIME:
WITNESS:                DATE:            TIME:

11118
Sears Forms Management
Contains Post Consumer Recycled Paper