UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ERIC SOUVANNAKANE**           **CIVIL  CASE NO. 04-12164-MLW**

v.

**SEARS & ROEBUCK CO.**

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **SUMMARY JUDGMENT MOTION HEARING** previously scheduled for **APRIL 24, 2007** at **3:00 p.m.**, has been CANCELLED.

                                                   SARAH A. THORNTON
                                                   CLERK OF COURT

**April 19, 2007**                   By:  /s/ Dennis O'Leary
Date                                   **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                [ntchrgcnf.]