UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ERIC SOUVANNAKANE**
    **Plaintiff**

v.                        C.A. No. 04-12164-MLW

**SEARS ROEBUCK & CO., et al**
    **Defendants**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Memorandum and Order dated August 23, 2007 allowing the Defenadnts' Motion for Summary Judgment (Docket No. 36 & 40) in the above-referenced action, it is hereby ORDERED:

Judgment for the Defendant.

By the Court,

**August 24, 2007**                  /s/ Dennis O'Leary
Date                                 Deputy Clerk

(judge-sj.wpd - 12/98)                                [jgm.]